# AFFIDAVIT OF SERVICE

**STATE OF COLORADO**

**COUNTY OF DENVER**

Walter E. Barrett the Affiant, swear that I am over the age of eighteen years, not party to this action and have duly served the following:

Summons in A Civil Action, Plaintiff's First Amended Complaint with Demand for Jury Trial

1. Board of County Commissioners of Park County, Colorado, Leaving with Betty Wierth, Administrative Assistant 2. Debra Green and the Board of County Commissioners of Park County, Colorado At their common Office 501 Main Street

501 Main Street

the City (town) of Fairplay County of Park

State of Colorado, this 17th day of April 2013 at 10:45 A.M.

_Walter E. Barrett_  4/17/13
Walter E. Barrett     Date

Subscribed and sworn to before me this 17TH day of April, 2013

_Theresa Grossman_
Notary Public – Theresa Grossman
Commission Expires October 25, 2016

THERESA GROSSMAN
NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES 10/25/___