IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, CO,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Kristin Anderson George of Wells, Anderson & Race, LLC, without waiver of any defenses, including any defense to jurisdiction, venue, and service, enters her appearance on behalf of Defendant, Board of County Commissioners of Park County, CO ("BOCC") in the above-captioned matter.

Dated this 29th day of April, 2013.

    Respectfully submitted,

*S/  Kristin Anderson George*
Kristin Anderson George
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
T: 303-820-1212
Email: kageorge@warllc.com
**ATTORNEY FOR THE DEFENDANT**

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 29, 2013, a true and correct copy of the above and foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

  Ralph E. Lamar, Esq.
  Email: ralphlamar@ymail.com

         *S/ Barbara McCall*
         Barbara McCall
         Email: bmccall@warllc.com