IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, CO,

      Defendant.

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

      This matter comes before the Court upon the Motion to Dismiss of Defendant Board of County Commissioners of Park County, CO.  The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion and ORDERS that Plaintiff's First Amended Complaint against Defendant Board of County Commissioners of Park County, CO is dismissed with prejudice.

      DATED this ____ day of _____, 2013.

                              BY THE COURT:

                              _____
                              United States District Judge