**PARK COUNTY**
**A PARK FOR ALL SEASONS**
GENERAL FUND

P. O BOX 1373 FAIRPLAY, COLORADO 80440
719-836-4218

DATE: 1/31/2011   7714   AMOUNT: -XXXXXXXX-

PAYROLL STUB

PAY TO THE ORDER OF: ABBY ADAM
0

VOID VOID VOID
VOID VOID VOID
VOID VOID VOID
CHAIRMAN BOARD OF VOID COMMISSIONERS VOID
VOID VOID VOID

ATTEST                    COUNTY CLERK

THIS IS NOT A CHECK – THIS RECEIPT IS FOR EMPLOYEE INFORMATIONAL PURPOSES ONLY

REGULAR HOURLY RATE: $████

| NAME | EMPLOYEE NUMBER | PAYROLL STUB |
|---|---|---|
| ADAM/ABBY | 9156 | 7714 |
| | PERIOD ENDING | CHECK DATE | CHECK AMOUNT |
| | 1/31/2011 | 1/31/2011 | ████ |

| DESCRIPTION | HOURS | CURRENT | YTD | DESCRIPTION | CURRENT | YTD |
|---|---|---|---|---|---|---|
| SALARY | | | | HEALTH-100% | | |
| COMP CASH OUT | | | | MEDICARE W/H | | |
| HOLIDAY PAY | | | | SOC SEC 2011 | | |
| UNIFORM ALLOW | | | | RETIREMENT | | |
| | | | | FEDERAL W/H | | |
| | | | | COLORADO W/H | | |
| | | | | VOLUNT LIFE | | |

GROSS PAY ████
VAC ████   SICK ████   COMP   0.00

DEPOSITED TO PRIMARY CHECKING ████   $████

PARK COUNTY * FAIRPLAY, COLORADO 80440