

TO:        Deputy Abby Adam
FROM:      Cindy Gharst, HR Administrator
DATE:      June 8, 2011
RE:        Complaint dated May 10, 2011

The investigation into your complaint of sexual harassment has been completed. The Summary of Findings is attached.

In order to prevent any complaints of this nature, the County continues to provide Sexual Harassment Training to its employees on a regular basis. The next scheduled class is June 15th.

With regard to your specific complaint about the cheer, it is apparent that it could have been avoided if the materials and classroom management techniques from prior trainings had been given more thought by the other individual to make sure that they were still current and appropriate for use.

During the investigation you described your frustration about a prior complaint of sexual harassment and other conflicts during your employment at the Sheriff's Office, viewing them cumulatively as an ongoing pattern of misconduct. Based on the information I was provided, your complaint from 2009 was investigated and resolved, with disciplinary action against the other party. Your previous supervisor with whom you had conflict has been removed from supervisory duties and disciplined for conduct issues. Through restructuring you have now been reporting through a new chain of command of which you expressed support and satisfaction.

We appreciate your cooperation during the investigation. As I advised you, Park County prohibits discrimination or retaliation against any individual who files a good-faith sexual or other unlawful harassment complaint.

Sincerely,

*Cindy Gharst*
Cindy Gharst
Park County Government
Human Resources Administrator
719-836-4217 or pchr@parkco.us