Case 1:13-cv-00884-PAB-KMT Document 13-5 Filed 05/27/13 USDC Colorado Page 1 of 1
(6462 unread) - ralphlamar@ymail.com - Yahoo! Mail
Page 1 of 1

