IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, CO,

    Defendant.

**DEFENDANT BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE HER SECOND AMENDED COMPLAINT**

Defendant, Board of County Commissioners of Park County, CO ("BOCC") by and through counsel, Cathy Havener Greer and Kristin Anderson George, of Wells, Anderson & Race, LLC, in response to Plaintiff's Motion for Leave to File her Second Amended Complaint, states that it **DOES NOT OPPOSE** the relief requested by Plaintiff.

Respectfully submitted this 7th day of June, 2013.

    Respectfully submitted,

*S/ Cathy Havener Greer*
Cathy Havener Greer
Kristin Anderson George
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
T: 303-820-1212
Email: cgreer@warllc.com; kageorge@warllc.com
**ATTORNEYS FOR THE DEFENDANT**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2013, a true and correct copy of the above and foregoing **DEFENDANT BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE HER SECOND AMENDED COMPLAINT** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Ralph E. Lamar, Esq.
Email: ralphlamar@ymail.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participants name:

Via Electronic Mail:
Board of County Commissioners of the Park County

*S/ Barbara McCall*
Barbara McCall
Email: bmccall@warllc.com