IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Kristin Anderson George of Wells, Anderson & Race, LLC, without waiver of any defenses, including any defense to jurisdiction, venue, and service, enters her appearance on behalf of Defendant, Fred Wegener, in His Official Capacity as Sheriff of Park County, CO in the above-captioned matter.

Dated this 18th day of June, 2013.

    Respectfully submitted,

    *S/  Kristin Anderson George*
    Kristin Anderson George
    Wells, Anderson & Race, LLC
    1700 Broadway, Suite 1020
    Denver, CO 80290
    T: 303-820-1212
    Email: kageorge@warllc.com
    **ATTORNEY FOR THE DEFENDANT**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 18, 2013, a true and correct copy of the above and foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

    Ralph E. Lamar, Esq.
    Email: ralphlamar@ymail.com

                          *S/ Barbara McCall*
                          Barbara McCall
                          Email: bmccall@warllc.com