IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00884-PAB-KMT

ABBY MARTIN,

Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO,

Defendant.

---

## WAIVER OF SERVICE OF SUMMONS

**TO:** Ralph E. Lamar, Esq.
8515 Braun Loop
Arvada, CO 80005

I acknowledge receipt of your request that I waive service of a summons in the action of Abby Martin v. Fred Wegener, in his official capacity as Sheriff of Park County, Colorado, which is case number 13-CV-00884 in the United States District Court for the District of Colorado. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by **not** requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after (June 11, 2013) or within 90 days after that date if the request was sent outside the United States.

1

6/18/13
Date

*(signature)*
Signature

Kristin A George
Printed /Typed Name

[as Attorney for Fred Wegener ]

[of _____ ]

2