IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO

    Defendant.

## DEFENDANT FRED WEGENER'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant, Fred Wegener, in his official capacity as Sheriff of Park County, CO, by and through counsel, Cathy Havener Greer and Kristin Anderson George, of Wells, Anderson & Race, LLC hereby submits its Motion for Extension of Time in Which to File Answer to Plaintiff's Second Amended Complaint as follows:

### Certificate of Conferral

On Tuesday, June 25, 2013, counsel for Defendant sent Plaintiff's counsel an email attempting to confer regarding the proposed extension. On Thursday, June 27, Defendant's counsel received notification that the email could not be sent, so the email was resent that morning. *See* Emails, Exhibit 1. Later on June 27, Defendant's counsel left a voicemail message with Plaintiff's counsel. Despite the efforts to connect and confer with Plaintiff's counsel, Defense counsel has been unable to do so.

## Background and Motion

On June 7, 2013, the Court granted Plaintiff's motion for leave to file her Second Amended Complaint. Plaintiff's Second Amended Complaint removes the Board of County Commissioners of Park County, Colorado, as a Defendant, and substitutes Fred Wegener, in his official Capacity as Sheriff of Park County, Colorado.

On or about June 10, Plaintiff's counsel spoke with Defendant's counsel, who agreed to execute a Waiver of Service upon Fred Wegener. The Waiver was sent on June 11 and executed on June 18. Also on June 18, attorneys Cathy Havener Greer and Kristin Anderson George entered their appearances on behalf of Defendant Wegener.

In accordance with F.R.C.P. 4 (d)(3), and the terms of the Waiver, Defendant Wegener has 60 days from the time the waiver was sent, or until August 11, 2013, to submit his Answer to the Second Amended Complaint. Given both parties' desire to prevent unnecessary delay, Defendant's counsel agreed that Mr. Wegener would attempt to submit its Answer before that deadline, and within 14 days of the date the Waiver was executed, or by July 2, 2013. However, given the detailed nature of the Second Amended Complaint and the upcoming holiday, Defendant now realizes that he needs additional time to confer with counsel and respond to the Second Amended Complaint.

Therefore, Defendant requests an extension to **July 15**, thirteen days after the date originally agreed upon by Counsel, to submit his Answer. The Answer will be filed before or on the same date as the parties file the proposed Scheduling Order and exchange initial disclosures, so this extension will not cause any further delay in scheduling, nor will it prejudice either party. This is the first extension sought by Defendant to submit its Answer to the Second Amended

Complaint, and this proposed deadline is still nearly a month before the deadline set forth in the Waiver and in F.R.C.P. 4(d)(3).

WHEREFORE, Defendant respectfully requests that his Motion be GRANTED and the Court Order that Defendant Fred Wegener may file his Answer to the Second Amended Complaint on or before July 15, 2013.

Dated this 27th day of June, 2013.

Respectfully submitted,

*S/ Kristin Anderson George*
Cathy Havener Greer
Kristin Anderson George
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
T: 303-820-1212
Email: cgreer@warllc.com; kageorge@warllc.com
**ATTORNEYS FOR THE DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2013, a true and correct copy of the above and foregoing **DEFENDANT FRED WEGENER'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Ralph E. Lamar, Esq.
Email: ralphlamar@ymail.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participants name:

Via Electronic Mail:
Fred Wegener

*S/ Barbara McCall*
Barbara McCall
Email: bmccall@warllc.com

3