Exhibit 1

## Kristin Anderson George

**From:** Kristin Anderson George
**Sent:** Tuesday, June 25, 2013 10:55 AM
**To:** 'ralphlamar@ylaw.com'
**Subject:** Abby Martin Answer

Ralph:

I believe I indicated that we would plan to file our Answer within 14 days of the waiver of service on Fred Wegener, by July 2. We will probably need another week or so, but should have it filed before or on the day the Scheduling Order is due, so it should not cause in delay in the scheduling. I believe you will be out of town until July 11, so hopefully this will not be a problem. Thank you.

Kristin

Kristin Anderson George
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO. 80290
303-813-6532

This transmission may be: (1) subject to the Attorney-Client Privilege; (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. Unauthorized interception of this e-mail is a violation of federal criminal law. If you have received this communication in error, please immediately notify me by telephone at (303) 813-6532 and destroy this message. Thank you.

Exhibit 1

## Kristin Anderson George

**From:** Microsoft Outlook
**To:** ralphlamar@ylaw.com
**Sent:** Thursday, June 27, 2013 10:57 AM
**Subject:** Undeliverable: Abby Martin Answer

## Delivery has failed to these recipients or groups:

ralphlamar@ylaw.com (ralphlamar@ylaw.com)
The server has tried to deliver this message, without success, and has stopped trying. Please try sending this message again. If the problem continues, contact your helpdesk.

## Diagnostic information for administrators:

Generating server: FS1.WARLLC.com

ralphlamar@ylaw.com
#550 4.4.7 QUEUE.Expired; message expired ##

Original message headers:

Received: from FS1.WARLLC.com ([fe80::357c:8ce9:7a70:ea94]) by FS1.WARLLC.COM
 ([fe80::357c:8ce9:7a70:ea94%17]) with mapi id 14.02.0318.004; Tue, 25 Jun
 2013 10:54:55 -0600
From: Kristin Anderson George <kageorge@warllc.com>
To: "ralphlamar@ylaw.com" <ralphlamar@ylaw.com>
Subject: Abby Martin Answer
Thread-Topic: Abby Martin Answer
Thread-Index: Ac5xxLgRbF3agF77QLuSXaqQq3l7Lg==
Date: Tue, 25 Jun 2013 16:54:54 +0000
Message-ID: <98488DB4B2E9D44894B6A1B27555B04E0E7B7BE5@FS1.WARLLC.COM>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
x-originating-ip: [10.0.0.45]
Content-Type: multipart/alternative;
	boundary="_000_98488DB4B2E9D44894B6A1B27555B04E0E7B7BE5FS1WARLLCCOM_"
MIME-Version: 1.0

Exhibit 1

## Kristin Anderson George

**From:** Kristin Anderson George
**Sent:** Thursday, June 27, 2013 10:58 AM
**To:** Kristin Anderson George; 'ralphlamar@ylaw.com'
**Subject:** RE: Abby Martin Answer

---

**From:** Kristin Anderson George
**Sent:** Tuesday, June 25, 2013 10:55 AM
**To:** 'ralphlamar@ylaw.com'
**Subject:** Abby Martin Answer

Ralph:

I believe I indicated that we would plan to file our Answer within 14 days of the waiver of service on Fred Wegener, by July 2. We will probably need another week or so, but should have it filed before or on the day the Scheduling Order is due, so it should not cause in delay in the scheduling. I believe you will be out of town until July 11, so hopefully this will not be a problem. Thank you.

Kristin

Kristin Anderson George
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO. 80290
303-813-6532

This transmission may be: (1) subject to the Attorney-Client Privilege; (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. Unauthorized interception of this e-mail is a violation of federal criminal law. If you have received this communication in error, please immediately notify me by telephone at (303) 813-6532 and destroy this message. Thank you.