IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO,

    Defendant.

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO SUBMIT ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

    This matter comes before the Court upon Defendant Fred Wegener's Motion for Extension of Time in Which to Submit Answer to Plaintiff's Second Amended Complaint.

    The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion and ORDERS that Defendant Fred Wegener's Answer to Plaintiff's Second Amended Complaint is due on July 15, 2013.

    DATED this ____ day of _____, 2013.

                    BY THE COURT:

                    _____

                    United States District Judge