IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-00884-PAB-KMT | Date: | July 22, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

ABBY MARTIN,                                                           Ralph Lamar

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS                 Cathy Greer
OF PARK COUNTY, CO.,

    Defendant.

## COURTROOM MINUTES

SCHEDULING CONFERENCE

**9:47 a.m.**      **Court in session.**

Court calls case. Appearances of counsel.

Mr. Lamar confirms initial disclosures have been made by plaintiff. Ms. Greer states defendant will make disclosures at the end of the day.

Discussion regarding Rule 702 motions.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

<u>DEADLINES</u>:
Joinder of Parties/Amendment to Pleadings: August 23, 2013
Discovery Cut-off:     January 20, 2014
Dispositive Motions Deadline:        February 20, 2014
Rule 702 Motion Deadline:            February 20, 2014
Disclosure of Affirmative Experts:   November 20, 2013
Disclosure of Rebuttal Experts:      December 20, 2013
Each side shall be limited to 3 expert witnesses, absent leave of court.
Each side shall be limited to 10 depositions, excluding experts. Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.

Written Discovery shall be served on or before December 17, 2013.
Each side shall be limited to 25 interrogatories, 25 requests for admission, and 25 requests for documents.

Discussion regarding expert for front pay issues.

**ORDERED:** **Plaintiff's motion regarding the procedure for identification of a particular expert for front pay issues is DENIED.**

**ORDERED:** **A Telephonic Final Pretrial Conference is set for April 22, 2014 at 9:45 a.m. The parties shall initiate a conference call and contact chambers at (303) 335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven (7) days before the final pretrial conference.**

Trial Preparation Conference and trial dates will be set by District Judge Philip A. Brimmer. The parties anticipate a 5 day jury trial.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Scheduling Order entered.**

**10:02 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:15

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.