IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO

    Defendant.

---

### STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

---

    Plaintiff Abby Martin, by and through his attorneys, Ralph Lamar, Esq., and Defendant Fred Wegener, by and through his attorney, Kristin Anderson George and Cathy Havener Greer of Wells, Anderson & Race, LLC, hereby stipulate to a fourteen (14) day extension of time to respond to discovery pursuant to D.C.Colo.LCiv. R. 6.1A.

    1.    Plaintiff propounded interrogatories and request for production of documents upon Defendant on July 24, 2013.  Defendant's current deadline to respond to the discovery is August 23, 2013.  The parties stipulate and agree that Defendant may have a fourteen (14) day extension of time up to September 6, 2013.

    2.    D.C.Colo.LCivR.6.1A provides:

> Extension on Stipulation. The parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed in the Federal Rules of Civil Procedure to respond to a complaint, cross-claim, counterclaim, third-party complaint, interrogatories, requests for production of documents, or requests for

admissions. The stipulation must be filed before the expiration of the time limits to respond prescribed in the Federal Rules of Civil Procedure, and shall be effective upon filing, unless otherwise ordered.

3. This Stipulation for Extension of Time is filed prior to the due date for the discovery responses; it is the first extension sought by Defendant; and it does not extend the deadlines more than 21 days beyond the prescribed time limits.

4. No party will be prejudiced by the requested extension.

Dated this 20th day of August, 2013.

>By: /s/* Ralph E. Lamar
> Ralph E. Lamar, IV, Esq.
> 8515 Braun Loop
> Arvada, CO 80005
> Attorney for Plaintiff

>By: /s/* Kristin Anderson George
> Cathy Havener Greer
> Kristin Anderson George
> Wells Anderson & Race, LLC
> 1700 Broadway, Suite 1020
> Denver, CO 80203
> T: 303-830-1212
> E-mail: cgreer@warllc.com
> E-mail: kgeorge@warllc.com
> Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2013, a true and correct copy of the above and foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Ralph E. Lamar, Esq.
8515 Braun Loop
Arvada, CO 80005
Email: ralphlamar@ymail.com

*S/ Barbara McCall*
Barbara McCall
Email: bmccall@warllc.com

*Electronically filed with the Clerk of Court through the CM/ECF system.*