IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO

    Defendant.

**DEFENDANT FRED WEGENER'S <u>UNOPPOSED</u> MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

Defendant Fred Wegener, in his official capacity as Sheriff of Park County, CO, by and through counsel, Cathy Havener Greer and Kristin Anderson George, of Wells, Anderson & Race, LLC, hereby submits his <u>Unopposed</u> Motion to Modify Scheduling Order to Extend Discovery and Dispositive Motion Deadlines as follows:

**Certificate of Conferral**

Undersigned counsel has conferred with Plaintiff's counsel, who <u>does not oppose</u> the relief requested herein.

**Background and Motion**

Plaintiff filed her Complaint in this matter on April 5, 2013. She filed her Amended Complaint on April 9, 2013, and Second Amended Complaint on June 7, 2013. The Court entered a Scheduling Order on July 22, 2013. Per the current Scheduling Order, the discovery

deadline is January 20, 2014, and the dispositive motion deadline is February 20, 2014. Defendant requests a one month extension to both deadlines in order to complete the discovery process.

There are two issues necessitating a discovery extension. First, despite numerous efforts, Defendant has been unable to serve Plaintiff's witness and former co-worker, Yoshi Goto, for his deposition. Upon information and belief, Mr. Goto travels internationally for his employer and has been out of town for significant periods of time. With the additional time given for discovery, Defendant intends to continue to pursue this deposition.

Second, on January 4, 2014, Plaintiff supplemented her written discovery responses with a 37 page typed memorandum containing various allegations regarding Defendant and her claims against him. Based on the production of this document, Plaintiff's counsel has agreed to allow Plaintiff to be deposed a second time. The parties are unable to schedule and complete this deposition by the current discovery deadline.

The parties have not sought by prior modifications to the Scheduling Order. A one month extension to these deadlines will not prejudice the Court or either party.

Defendant therefore requests that the Court extend the discovery deadline to February 20, 2014, and the dispositive motion deadline to March 20, 2014.

WHEREFORE, Defendant respectfully that this Motion be GRANTED and the Scheduling Order modified as set forth herein.

Dated this 7th day of January, 2014.

    Respectfully submitted,

    *S/ Kristin Anderson George*
    Cathy Havener Greer
    Kristin Anderson George
    Wells, Anderson & Race, LLC
    1700 Broadway, Suite 1020
    Denver, CO 80290
    T: 303-820-1212
    Email: cgreer@warllc.com; kageorge@warllc.com
    **ATTORNEYS FOR THE DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2014, a true and correct copy of the above and foregoing **DEFENDANT FRED WEGENER'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Ralph E. Lamar, Esq.
Email: ralphlamar@ymail.com

    *S/ Barbara McCall*
    Barbara McCall
    Email: bmccall@warllc.com

3