IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO,

    Defendant.

**ORDER GRANTING DEFENDANT FRED WEGENER'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

This matter comes before the Court upon Defendant Fred Wegener's Unopposed Motion to Modify Scheduling Order to Extend Discovery and Dispositive Motion Deadlines.

The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion and ORDERS that the discovery cut-off shall be extended to February 20, 2014, and the dispositive motion deadline extended to March 20, 2014.

DATED this ____ day of _____, 2014.

BY THE COURT:

_____

United States District Judge