IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, CO

    Defendant.

_____

**NOTICE OF ENTRY OF APPEARANCE**

_____

    William P. Hayashi of Williamson & Hayashi, LLC., attorneys for the City of Golden, for the sole purpose of matters related to the "Stipulated Motion for In-Camera Inspection of Personnel files Concerning Plaintiff Abby Martin," hereby enters his appearance on behalf of the City of Golden, which is the holder of the personnel files sought by Defendant.

    Respectfully submitted,

    /s/ *William P. Hayashi*
    William P. Hayashi, Esq., #16889
    Attorney for the City of Golden