IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, COLORADO,

    Defendant.

## ENTRY OF APPEARANCE

    PLEASE TAKE NOTICE that F. J. "Rick" Dindinger II hereby enters his appearance on behalf of plaintiff Abby Martin.

    Respectfully submitted this 16th day of January 2014.

    F. J. "RICK" DINDINGER II, ESQ.

    <u>s/ F. J. "Rick" Dindinger II</u>
    DINDINGER LAW OFFICES, LLC
    F. J. "Rick" Dindinger II
    7951 East Maplewood Ave., Suite 285
    Greenwood Village, Colorado  80111
    (303) 996-0560
    frederick@dindingerlaw.com

    **Attorney for plaintiff Abby Martin**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January 2014, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ralph E. Lamar, Esq.
8515 Braun Loop
Arvada, Colorado  80005
ralphlamar@ymail.com
**Lead Attorney for plaintiff Abby Martin**


Cathy Havener Greer, Esq.
Wells Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, Colorado  80290
cgreer@warllc.com
**Attorney for defendant**


　　　　　　　　　　　　　　　　　　　　　　__s/ Rick Dindinger____

2