IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO

    Defendant.

## STIPULATED MOTION FOR PROTECTIVE ORDER

    Pursuant to Fed. R. Civ. P. 26(c) and 29, Plaintiff Abby Martin and Defendant, Fred Wegener, in his official capacity as Sheriff of Park County, Colorado through their respective undersigned counsel, having previously conferred, jointly request this Court to enter a Stipulated Protective Order between Plaintiff and Defendant concerning the discovery and/or dissemination of certain confidential information in this case or information that will improperly annoy, embarrass, or oppress any party, witness, or person providing discovery in this case in the form simultaneously tendered to the Court with this Motion. As grounds for this Motion, Plaintiff and Defendant state:

    1.    Discoverable information in this case includes certain confidential information and information that may improperly annoy, embarrass, or oppress a party, witness, or person providing discovery in this case. Release of this information, including documents, in discovery without a protective order to limit its use, to continue its confidential status, and to prevent any

improper annoyance, embarrassment, or oppression to any party, witness, or person providing discovery in this case will be injurious to the interests of the parties.

2. It is Plaintiff and Defendant's mutual desire and objective to facilitate the smooth and timely production of discoverable information in this case. However, for the reasons described above, the production and subsequent use of some of that information needs to be subject to certain controls and restrictions.

3. Plaintiff and Defendant and their respective counsel have agreed to certain procedures and restrictions which they consider mutually acceptable for the purpose of resolving the above-described concerns. Those procedures and restrictions are recited in the Proposed Stipulated Protective Order which is being tendered to the Court with this Motion.

WHEREFORE, Plaintiff Abby Martin and Defendant Fred Wegener, in his official capacity as Sheriff of Park County, Colorado jointly request the Court to enter the Stipulated Protective Order which is being tendered with this Motion.

Dated this 22ND day of January 2014.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| *S/ Ralph E. Lamar* | *S/ Cathy Havener Greer* |
| _____ | _____ |
| Ralph E. Lamar | Cathy Havener Greer |
| 8515 Braun Loop | Kristin Anderson George |
| Arvada, CO 80005 | Wells, Anderson & Race, LLC |
| T: 303- 345-3600 | 1700 Broadway, Suite 1020 |
| Email: ralphlamar@ymail.com | Denver, CO 80290 |
| **ATTORNEY FOR PLAINTIFF** | Telephone: (303) 830-1212 |
| | E-mail:cgreer@warllc.com; kgeorge@warllc.com |
| | **ATTORNEYS FOR DEFENDANT** |