IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, CO,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR IN-CAMERA INSPECTION OF PERSONNEL FILES CONCERNING PLAINTIFF ABBY MARTIN

This matter comes before the Court upon Defendant Fred Wegener's and City of Golden's Stipulated Motion for In-Camera Inspection of Personnel Files Concerning Plaintiff Abby Martin.

The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion. *This court will conduct the requested in camera review.*

DATED this __19th__ day of __Feb.__, 2014.

BY THE COURT:

_____
United States District Judge

**Kathleen M. Tafoya
United States Magistrate Judge**