IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO

    Defendant.

## AFFIDAVIT OF SHERIFF FRED WEGENER

    Sheriff Fred Wegener, fully competent to testify to the matter described herein and based on first-hand knowledge, states as follows:

1. I am over the age of 18, and I have personal knowledge of the information set forth herein.

2. Between November 2009 and January 2012, the Park County Sheriff's Office ("PCSO") employed between 14 and 17 patrol deputies.

3. Pursuant to Colorado Revised Statute 30-10-506, I am the only person in the PSCO with authority to hire, fire, promote, and demote deputies, and to determine their salaries.

4. I am aware that Plaintiff Abby Martin had a lumber surgery on October 18, 2011. On November 16, 2011, I wrote to Plaintiff and requested that she appear for light duty work on November 29, 2011, per her attorney's request. That letter is fully set forth as Deposition Exhibit 19.

5. On or about December 5, 2011, I received a letter from Plaintiff's surgeon, Dr. Chad Prusmack, indicating that Plaintiff should not return to work until three months after her October 18, 2011, surgery. That letter is attached to this Affidavit as Exhibit A.

6. On December 6, 2011, I wrote to Plaintiff and told her that I approved the medical leave requested as set forth in her surgeon's letter of December 5, 2011. That letter is fully set forth as Deposition Exhibit 22.

Further Affiant sayeth naught.

Dated this 20th day of March 2014.

_____
Fred Wegener

Subscribed and sworn before me this 20th day of March 2014, by Fred Wegener, personally known to me.

My Commission Expires:

Rose Avey
Notary Public
State of Colorado
Notary ID 19974008711
My Commission Expires September 3, 2017

_____
Notary Public

2



# Rocky Mountain Spine Clinic, P.C.
*Conservative and Surgical Treatment of Spinal Disorders*

John A. Odom, Jr., M.D., *Emeritus*
Eric R. Jamrich, M.D., *Orthopaedic Surgeon*
John R. Barker, M.D., *Orthopaedic Surgeon*
Chad J. Prusmack, M.D., *Neurosurgeon*

December 5, 2011

RE:  MARTIN, ABBY NICOLE
DOB: 07/09/81

To Whom It May Concern:

Ms. Martin, who had a lumbar fusion on October 18, 2011, has been in physical therapy and has tried to return to work. Despite her being able to work or attempt to, the pain and physical stress have not allowed her to continue to do her job at the level which is necessary. In addition, it is not conducive to her proper healing.

At this point, I do believe that the patient should be off of work for three months post surgical. I will get a CT scan to identify that it is well healed. In the interim, she should continue physical therapy.

If you require any further information, please contact my office.

Sincerely,

CHAD J. PRUSMACK, M.D.

CJP/KLJ

ORIGINAL:
ABBY N. MARTIN

10103 RidgeGate Parkway • Suite 306 • Lone Tree, CO 80124
Phone 303/225-8120 • Fax 303/225-8130
www.spineclinic.com

COUNTY 000243