```
                                                                  Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 13-cv-00884-PAB-KMT
 3   _____

 4   DEPOSITION OF KOLBY MARTIN
     EXAMINATION DATE:  DECEMBER 19, 2013
 5   _____

 6   ABBY MARTIN,

 7   Plaintiff,

 8   v.

 9   FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF
     PARK COUNTY, CO,
10
     Defendant.
11   _____

12
             PURSUANT TO NOTICE, the deposition of
13   KOLBY MARTIN was taken at 1:13 p.m. on December 19,
     2013, at 1700 Broadway, Suite 1020, Denver, Colorado,
14   before Nathan Stormo, Registered Professional Reporter
     and Notary Public in and for the State of Colorado, said
15   deposition being taken pursuant to the Federal Rules of
     Civil Procedure.
16

17

18                         Nathan Stormo
                  Registered Professional Reporter
19

20

21

22

23

24

25
```

Page 10

1  Q   When did you graduate high school?
2  A   '92.
3  Q   What did you do between 1992 and August of '99
4  when you started the Colorado Sheriff's Training
5  Institute?
6  A   Just different jobs. I worked at Safeway a
7  little bit just after high school. After that I worked
8  with a security company called Wackenhut, then I worked
9  at Southwest Plaza for security. And then in 1995 I
10 started at Arapahoe County Sheriff's Office as a
11 civilian crew leader, and I would supervise trustee
12 inmates on work details.
13 Q   And was that for Sheriff Sullivan?
14 A   Yes.
15 Q   How long were you with Arapahoe County?
16 A   Until November of 2000.
17 Q   Did you ever apply to be a sheriff's deputy in
18 Arapahoe County?
19 A   Yes, I did.
20 Q   What became of that application?
21 A   I just didn't pass the written test.
22 Q   What caused you to go into law enforcement?
23 A   My father.
24 Q   What aspect of your father -- did he urge you
25 to do it, or is he in law enforcement?

Page 11

1  A   Thirty-nine years in law enforcement with the
2  Arapahoe County Sheriff's Office.
3  Q   Was it just the fact that he had that long
4  tenure, or did he urge you to go into law enforcement?
5  A   No. I just enjoyed going to it and seeing it,
6  and I would do ride-alongs with him. He was the
7  commander for the cadet program, so I would always go
8  with him to the cadet meetings.
9  Q   What is your rank with Park County?
10 A   Just a patrol deputy.
11 Q   Have you sought any supervisory positions?
12 A   Yes, I have.
13 Q   What has become of your applications for
14 supervisory positions?
15 A   They've been -- I have never received a
16 promotion from that sheriff's department.
17 Q   What positions have you sought?
18 A   Corporal, patrol corporal.
19 Q   Have you received any feedback to the
20 applications that you've made to be a corporal?
21 A   No.
22 Q   What is your understanding as to who has the
23 hire-and-fire authority over a sheriff's deputy in Park
24 County?
25 A   The sheriff himself.

Page 12

1  Q   How did you learn that?
2  A   Through my father and being around law
3  enforcement all my life.
4  Q   When did you meet Abby Martin -- Abby now
5  Martin?
6  A   Now three years. We -- I'm one of the
7  sheriff's department SWAT team members, currently
8  assistant team leader. We were doing a training
9  exercise at one of the local schools in Bailey, and Abby
10 was there assisting, as in being one of the role players
11 for being bad guys in the situation. And that's pretty
12 much when I met Abby.
13 Q   What was her employment at the time that she
14 was doing the role playing?
15 A   I cannot remember what she was doing at that
16 time. I believe -- some type of job. I'm not sure if
17 it was at another agency at the time or not. I cannot
18 remember.
19 Q   But as far as you know, she wasn't yet a
20 sheriff's employee at Park County; is that right?
21 A   I believe she might have been a reserve at the
22 time, or she was going through the process. I cannot
23 remember the exact timeline.
24 Q   You said approximately three years ago?
25 A   Yes.

Page 13

1  Q   How frequently during the time that you've been
2  with Park County have you had some kind of interaction
3  with high school students? And I don't mean in like
4  stopping them or anything like that.
5      Let me rephrase this. How frequently have you
6  had situations where as a Park County Sheriff's deputy
7  you've had job responsibilities at a high school?
8  A   I have not.
9  Q   What was it that caused you to have the
10 experience in the training exercise?
11 A   Because I was in the -- I was a SWAT team
12 member, and we were doing an active shooter training.
13 Q   Is that the only time you've ever had any kind
14 of active shooter training at a high school?
15 A   No.
16 Q   So how many times have you had experience where
17 you've had some interaction as part of your job with the
18 high school students at a high school?
19 A   I briefly did a couple stints after,
20 unfortunately, the school shooting we had up there. I
21 did the extra security for off-duty work around the
22 schools, and this was prior to me even meeting Abby.
23 And like I said, I've been pretty much a SWAT team
24 member at that sheriff's department for -- I've been up
25 there for eight, so I've been on that SWAT team for

Page 98

1  A  No. I advised her I will back her what
2  decision she makes.
3  Q  Is there any other conversation or incident
4  that you personally witnessed that you believe is an
5  example of your wife being treated inappropriately?
6  A  Not at this time, no.
7  Q  Do you have any plans to get in touch with
8  Yoshi Goto?
9  A  I think I sent him a text the last time I was
10 on shift, and that was Tuesday, just to say, Hey, how
11 are you doing, and nothing back.
12 Q  Do you know if your wife has heard from Yoshi
13 Goto?
14 A  No, she has not either.
15    MS. GREER: Let me just meet with my client.
16    (A recess was taken from 3:50 to 3:53 p.m.)
17    MS. GREER: I don't have any other questions.
18    MR. LAMAR: Okay.
19    (The deposition concluded at 3:53 p.m.)
20
21
22
23
24
25

Page 99

1         A F F I D A V I T
2
   STATE OF COLORADO    )
3                       ) ss.
   COUNTY OF            )
4
5    I have read my deposition, and the same is true
6  and accurate, save and except for changes and/or
7  corrections, if any, as indicated by me on the amendment
8  sheet(s) attached hereto as indicated.
9
10 Amendment Sheet(s) attached [ ]
11 No changes; no amendment sheet attached [ ]
12
13    _____
      KOLBY MARTIN
14
15    SUBSCRIBED AND SWORN TO before me on this
16 _____ day of _____, 2013.
17    My commission expires:
18
19    _____
      NOTARY PUBLIC
20
21    in and for the State of _____
22
23
24
25

Page 100

1         C E R T I F I C A T E
2
   STATE OF COLORADO    )
3                       ) ss.
   COUNTY OF DOUGLAS    )
4
5
6    I, Nathan Stormo, Registered Professional
   Reporter and Notary Public in and for the State of
   Colorado, duly appointed to take the deposition of
7  KOLBY MARTIN, certify that prior to the examination the
   deponent was duly sworn to testify to the truth in the
8  matters in controversy between the parties herein; that
   the deposition was taken in shorthand by me at the time
9  and place aforesaid and was thereafter reduced to
   typewritten form by me and processed under my
10 supervision, the same consisting of 99 pages, and that
   the same is a full, true and complete transcription of
11 my shorthand notes. I further certify that I am not
   related to, employed by, nor counsel to any of the
12 parties herein, nor otherwise interested in the events
   of the within cause.
13
14
     A transcript review of this deposition was
15 requested and is available to the deponent as notified
   by me.
16
17
     IN WITNESS WHEREOF, I have affixed my notarial
18 seal this 30th day of December, 2013. My commission
   expires November 20, 2017.
19
20
21       _____
         Nathan Stormo
22       Registered Professional Reporter
23
24
25