

# Letter of Complaint

**To:**   Captain Hancock

**From:**  Senior Sergeant Mike Brown # 9080

**CC:**

**Date:**  November 25, 2009

**Re:**   Corporal Kelley Reynolds #9130

---

### Initial Complaint

On November 15, 2009 I met with Deputy Martin in my office. Martin had brought up concerns about the quality of training of Adam. It is noted the Martin and Adam are a couple boyfriend – Girlfriend. I also noted they are co-habitating together. Martin states that Adam has made comments about her FTO Officer Cpl. Reynolds. Martin states Adam could not wait to be in the next phase with Corporal Morgan. Martin states to me that Adam reports issues with Corporal Reynolds in regards to statements made by Corporal Reynolds with females being employed here and playing a game of guess that 80s rock band group, lunches that were eaten at Corporal Reynolds house and Corporal Reynolds spending a lot of time looking at Face-Book.

On November 18, 2009 I met with Corporal Morgan, Corporal Paige, Corporal Reynolds and Trainee Adam in the conference room of Jefferson – Como Fire Station Five. We all met after the regular monthly Patrol meeting. This meeting was called by me to get direction from the Field Training Officers in regards to Adam in her first three weeks of training. At the time of the meeting Adam had brought to the attention of me and Corporal Morgan several issues.

1. Adam felt that the last three weeks of her training were a waste of time.

2. Corporal Reynolds was consistently on his cell phone or was texting. Many conversations were between Corporal Reynolds and his wife. One of these phone calls was in regards to meeting for lunch. Adam states that she heard Mrs. Reynolds state "I do not want to eat lunch with Abby there." Adam states that she felt she was not welcome here as a deputy if her training Officer's wife did not want her with him for a meeting over lunch.

3. She felt that Corporal Reynolds's personal life interfered, or interrupted her quality of training while at work.

4. She states that Corporal Reynolds made a statement "I hope this department is done hiring females." Adam states that she did not verbally confront Corporal Reynolds, but did glare at him after he made the statement. Adam states that Corporal Reynolds should have pickup on her demeanor with her shaking her head in disappointment. Adam states that Cindy Hardey was present and had said words to Corporal Reynolds. Adam states that Corporal Reynolds made the statement twice "I hope this department is done hiring females."

There were several issues that were brought up. I asked Corporal Reynolds if he did in fact make the statement "I hope this department is done hiring females." Corporal Reynolds states that he did and that it was taken out of context. Corporal Reynolds states that Adam seems to be upset when given a low score on her daily evaluations. Corporal Reynolds states that Adam keeps bringing up her training

● Page 1

EXHIBIT: 8
Deponent: Brown
Date 1 8 14   RPR: MM
Mile High Court Reporting

Exhibit 6 - Letter of Complaint

or lack of training from Golden Police Department.   Corporal Reynolds states other issues that were brought up with Adam was her lack of listening to him.  Corporal Reynolds did state that he is a very social person and does accept and receive phone calls during his daily routine.  Some of his phone calls are personal calls.  He did not feel that this interfered with Adam's training.

Corporal Morgan is due to be Adam's Training Officer starting November 25, 2009.  Corporal Morgan stated that if texting is such an issue he made a command decision that no texting will be done while they are at working together for the next phase of her training.  I accepted this directive to Adam.  Corporal Morgan also directed Adam that he did not want to hear how Golden Police Department trained her and of the lack of training she received from Golden Police Department.  I also agreed with that directive.

I stated to the group that I had reviewed the daily observation reports of Adam's first three weeks.  I did make a comment about a score of three she received from Corporal Reynolds on her being in the parking lot talking to Deputy Mithuen.  Adam stated that when she was out in the parking lot while Corporal Reynolds was on Face-Book in the office.  I told Adam that I did not see any comments from her about her scores for the daily observations reports.  I asked Corporal Reynolds if he gave Adam a chance to rebut or to put comments on the daily observation reports.  Corporal Reynolds stated that he went over that on day one.

Deputy trainee Adam was finished and allowed to leave.  Corporal Reynolds left with her to take her to her residence.  Corporal Paige, Corporal Morgan and myself met shortly after the meeting to discuss the next two phases of training with Adam.

After I left the meeting I was concerned with the comment from Corporal Reynolds making reference to not hiring females anymore.  I decided not to do anything this evening.  I called Captain Hancock to report the comment made by Corporal Reynolds.  I told Captain Hancock that I would look into this issue when I returned back to work on November 22, 2009.

On my way home I received a call from Corporal Reynolds.  Corporal Reynolds stated that the drive home with Adam went well.  Corporal Reynolds was concerned what would happen to him for the comment.  I told him that I would look into it future on Sunday.  Corporal Reynolds apologized for making the comment.  I told him as supervisors we need to squash and stop all conversations with this content and not to express his opinion.  I told Corporal Reynolds that he needs to be adamant about participating in such conversation especially when someone may be offended.

On November 22, 2009 I met with Deputy Sonnenberg at the Bailey sub-station.  I asked Deputy Sonnenberg if he was part of a conversion with Corporal Reynolds, Deputy Adam and Animal Control Officer Cindy Hardey when Corporal Reynolds states, "I hope this department is done hiring females." Deputy Sonnenberg stated he did not know anything about it. Deputy Sonnenberg stated that he was just not saying that because he has to work with Corporal Reynolds, he honestly did not know anything about it.

After I was done talking to Deputy Sonnenberg I called for Animal Control Officer Corporal Cindy Hardey if she would meet with me at the Bailey sub-station.  I met with Corporal Hardey.  I asked if she was part of a conversation with Corporal Reynolds in regards to his comment about "I hope this department is done hiring females." Corporal Hardey states that she was in the sub-station along with Deputy Sonnenberg and Deputy Adam when Corporal Reynolds made the statement.  The date of the comment was November 10, 2009.  Corporal Hardey stated that the conversation took place in the rear office near her desk.  Deputy Sonnenberg was working at his desk.  After Corporal Reynolds made the comment Corporal Hardey stated, "Shut the Fuck Up." I asked if she was offended by the comment.  Corporal Hardey stated that she was to a point and stated to Corporal Reynolds "You would not like me working here as a deputy?"  Corporal Reynolds made another comment to the effect of "With the past female we hired here we should not continue." [note not verbatim]   Corporal Hardey states that Corporal Reynolds is very opinionated, Cocky and some times does not act professional while on duty.

COUNTY 000100

Exhibit 6 - Letter of Complaint

I asked if she took offence to the comment by Corporal Reynolds. Corporal Hardey stated that it was more of an annoyance.

*Senior Sergeant Brown observations*

After looking into this matter of the statement of Corporal Reynolds "I hope this department is done hiring females" I did found that two female Park County Sheriff's Office employees were offended. I am aware of the Park County Sheriff's Office Policy and Procedure as it pertains to sexual harassment.

I found that Corporal Kelley Reynolds did violate *Park County Policy and Procedure Policy 316 /* HARRASSMENT AND DISCRIMINATION IN THE WORKPLACE

**I.   PURPOSE:**

The purpose of this Policy is to clearly establish the Park County Sheriff's Office's commitment to provide a work environment free from harassment, to define discriminatory harassment, and to set forth the procedure for investigating and resolving internal complaints of harassment. Because of the tremendous importance of a workplace free from any form of harassment, this policy **shall** be reviewed by each supervisor or manager to his or her personnel on a quarterly basis. Additionally, during each employee's annual performance evaluation, this policy shall be fully discussed with each employee, supervisor and manager to ensure that it's contents are known by the employee.

All jobs with the police department are extremely important to the public safety of our community. It is critical that all employees treat all other employees with dignity and respect. Because of the unique circumstances present in many police department jobs, it is the responsibility of each and every employee, supervisor and manager to make sure that there is no inappropriate behavior occurring in the workplace. Inappropriate behavior, which impacts the workplace, or has the potential to impact the workplace will not be tolerated.

This Policy applies to all terms and conditions of employment, including but not limited to hiring, placement, promotion, disciplinary action, layoff, reinstatement, transfer, leave of absence, compensation and training.

**II.   DEFINITIONS:   For purposes of clarification, harassment includes but is not limited to the following behaviors:**

VERBAL HARASSMENT:   Epithets, derogatory comments, slurs, propositioning, or otherwise offensive words or comments on the basis of race, religious creed, color, national origin, ancestry disability, medical condition, marital status, pregnancy, sexual orientation, **gender** or age, whether made in general, directed to an individual, or to a group of people regardless of whether the behavior was intended to harass. This includes but is not limited to inappropriate sexually oriented comments on appearance, including dress or physical features, sexual rumors, code words, and race oriented stories.

● Page 3

COUNTY 000101

Exhibit 6 - Letter of Complaint

## III.  POLICY:

Harassment of an applicant, client, contractor, business invitee, customer or employee by a supervisor, management employee, or co-worker on the basis of race, religion, color, national origin, ancestry, disability, medical condition, marital status, pregnancy, sexual orientation, gender or age is explicitly in violation of State and/or Federal law and will not be tolerated by the Park County Sheriff's Office.

**Employees found to be participating in any form of job based harassment or retaliating against another employee shall be subject to disciplinary action up to and including <u>termination from employment</u>.**

I found that Corporal Kelley Reynolds did violate *Park County Sheriff's Office Policy and Procedure Policy 314:  I A. #1, #2*

## I.   PROCEDURE:

### A.  GENERAL RULES OF CONDUCT:

Rules and regulations are designed as guidelines for behavior in an organization.  They are not intended to cover every case that may arise, but help establish a base by which individuals will make acceptable decisions in areas that may not be specifically addressed.  Each member of the Sheriff's Office shall be provided a copy of the Police Code of Conduct and the Law Enforcement Code of Ethics, which is contained in this Policy Manual.

#### 1.   RESPECT FOR COMMANDING OFFICERS AND OTHER EMPLOYEES

Members will treat Supervisors and Command personnel with the respect and courtesy due them as Supervisors and Command personnel.   Members will treat other members of the Office with the respect and courtesy due them as fellow employees.   At no time will a member record a conversation of another member without that person being advised that they are being recorded.

#### 2.   CONDUCT UNBECOMING

Members will conduct themselves at all times both on and off duty in a manner that reflects most favorably on the Office.  Members will not engage in conduct prejudicial to the good order and discipline, or in conduct unbecoming a law enforcement Officer, a gentleman, or a lady.  Members will not participate in any immoral, indecent, lewd, or disorderly conduct.

After reviewing Park County *Sheriff's Office Policy and Procedure Policy # 320* **CORRECTIVE AND DISCIPLINARY ACTION**

I found that this violation is a Level One complaint containing reference to **DEFINITIONS:**

<u>LEVEL I COMPLAINTS</u>:   Serious policy violations such as Discrimination, Sexual Harassment, Violation of Laws, Use of Force, or allegations which may result in criminal charges and others at the direction of the Sheriff or Undersheriff.

**COUNTY 000102**

At this point of looking in to this matter I am forwarding this complaint to Captain Hancock for review of the Policy Violations and any further action(s) needed with this, a Level One Complaint referring to *Policy 320:*

## IV. PROCEDURE:

### A.   DISCIPLINARY PROCESS:

Allegations of employee misconduct will be thoroughly investigated and documented. In every case the accused employee will be advised of the allegations and be given the opportunity to provide a statement, either in written memorandum form or verbally in an interview.

1.   Level I, II
Upon completion of the investigation and a review by each member in the accused employee's Chain of Command, the investigation will be forwarded to the Investigations Section.

A)   The Investigations Section will submit the investigation to the Undersheriff. The Undersheriff may:

1)   Agree with recommendations from the accused employee's Chain of Command.
2)   Reject the Chain of Command's recommendation (s).
3)   Request additional information.

Recommend to the Sheriff disciplinary action to a lesser or greater level than the Chain of Command's recommendation.

## Recommendations from Senior Sergeant Mike Brown

1.   Kelley Reynolds has been removed from the FTO program as a trainer per Captain Hancock effective immediately.

2.   At minimum a letter of Reprimand to placed into Corporal Reynolds Personnel File. Probation for at least one year.

3.   Suspension without pay as authorized by Sheriff Wegener.

4.   Disciplinary Demotion reduced one level of rank to Deputy.

## Summary

I feel that we as an agency have provided substantial training to Corporal Reynolds in regards to Harassment. Corporal Reynolds took it upon himself to make a reckless and harassing comment in the presence of two Park County female employees. Both female employees were offended by the comment. I was made aware of the comment verbally and took it as my duty as the Senior Sergeant to look into this issue. I feel that we have made it very clear that the command staff is responsible for taking immediate actions to not

COUNTY 000103

Exhibit 6 - Letter of Complaint

participate or facilitate this type of behavior. I feel that this comment could have turned into a Federal Civil Rights Violation that would implicate the Park County Sheriff's Office.

Corporal Reynolds has been counseled by me and other supervisors many times to act like a supervisor and not act like one of the "guys" and participate in "office chat". Corporal Reynolds shows that he has the potential to be a good supervisor and needs to change in the way he projects himself as such. My observations of Corporal Reynolds is an attitude of "Me first" and not what maybe best for this Agency. It is my responsibility to help him grow and gain experience to achieve a higher level of professionalism. I have failed. I have given Corporal Reynolds free will to make simple mistakes to gain experience as a supervisor. I have given direction and have led by example as a supervisor. Corporal Reynolds's actions as addressed above have brought discredit to this agency.

● Page 6

COUNTY 000104