Exhibit 8 - Tighe Complaint

## *Park County Sheriff's Office*

| | |
|---|---|
| **To:** | Monte Gore - Undersheriff |
| **From:** | Deputy Abby Adam |
| **CC:** | Captain M. Hancock, MSgt. Mike Brown, Corporal W. Tonjes |
| **Date:** | May 10, 2011 |
| **Re:** | Sexual Harassment Complaint - John Tighe |

On May 10, 2011 I was on patrol at Fitzsimmons Middle School assisting Ms. Cohler with her prior request for career day to be a speaker to her 6th graders regarding my job as the School Resource Officer, and as a Patrol Deputy for Park County Sheriff's Office. During the morning session that I was meeting with the first class of the day I was the first guest to present in Mr. Walpole's classroom. There were also two other guest speakers for the day; Mr. Culpepper who has a student who attends the middle school, and John Tighe.  Mr. Culpepper presented on his career working the Navy as medical staff, and John Tighe presented his career as the County Commissioner.  The presentations that both Mr. Culpepper and I presented went off without a hitch.  During the presentation that John Tighe presented he asked the kids at one point to stand up because he felt that he was losing their attention and asked them to do a cheer.  He had the kids yell out very loudly the line that Arnold Schwartzeneger was famous for in the Terminator movies of, "I'LL BE BACK!"  He then went on to give the kids more of his presentation and giving them a little background of where his kids went to school here in Park County and such.  During his presentation he also told the students that while he is employed as the County Commissioner he also had the luxury working another job if he wanted.  He informed the students that he works as a Reserve Deputy for Park County Sheriff's Office when he is not doing his Commissioner duties.  At the end of his presentation he had the kids again stand up and he told them that this cheer would be one that Deputy Adam would be better to join in on.  I stood up and joined him at the front of the class as I was unsure of what he was asking the kids to do.  He told the class that this was the "Barbie cheer".  He then asked me to put my right hand on my head and my left hand on my hip and that the cheer consisted of me saying, "hubba, hubba, hubba" as I swayed my hips from side to side.  I was rather uncomfortable but did not know what to say to him in front of the class as I was put on the spot to participate with his group activity.  I had my hand on my head at that point but did not continue with his request as the class went through with his cheer.

The next class he again put me on the spot with requesting me to do the same cheer and again referring to it as the "Barbie cheer".  As I looked outside the classroom I could see Ms. Carrigan standing in the hallway and was able to hear Tighe refer to the cheer as such.  After the class was over Ms. Carrigan met with me regarding another concern unrelated that she was reporting to me about a student.  She also acknowledged that she could not believe the comment and told me that she thought it was rather "demeaning" that he was putting me on the spot like that.

During the third presentation group when I was requested to go up in front of the group I attempted to try and make light of the situation so I grabbed a student to join me in the front so that I was not the center of attention.  When it came time to participate in the cheer it was clear that the students were not any more comfortable with it than I was as both of us just stood up in front of the class and froze like statues.  I was upset about being put in such an uncomfortable situation with the students that I directly work with everyday, and after being dismissed for lunch I went and grabbed lunch in the Canyon Room and tried to calm down.  I was talking with Ms. Thornton whom I have developed a close relationship

● Page 1

EXHIBIT: **3**
Deponent: Tonjes
Date: 1/8/14   RPR: MH
Mile High Court Reporting

Exhibit 8 - Tighe Complaint

with due to her husband working with the SWAT team as one of the medics. I explained to her about the incident in the classes and asked her if I was over reacting or if my feelings were justified. She told me, "Absolutely NOT!" She went on to tell me that she would have been just as upset, and that it was not right for him to put me into a situation like that. I finished my lunch and went back to finish with the last presentation for the day.

When I returned for the last presentation group for the day I was sitting with Mr. Culpepper before the class had began. He and I were joking and I told him that hopefully the kids won't have to do any cheers this period since they should be awake for Tighe since he was the first speaker that hour. Culpepper laughed and I just told him that I hope we could get away with not doing the "Barbie Cheer" this class period. He agreed and laughed that I had to keep going up in front of the class to do it. Ms. Carrigan was in the classroom during this presentation and when it came time for the "Barbie Cheer" and when he acknowledged it, Culpepper burst out laughing knowing that I did not want to go up in front of the class and do it. I was not sure what made him change his mind but Tighe stated that, "Deputy Adam doesn't have to come up here and do it if she doesn't want to." I quickly sat back in my chair and did not participate in the cheer.

After school was released for the day I began driving home as I was not sure what I was going to do with the situation I was put in. I heard Corporal Tonjes call on duty while I was on my way home and requested to meet with him regarding this issue. I spoke with him before calling off duty regarding the incident at the school. I am especially frustrated as this was not the first time I have filed a complaint regarding sexual harassment. I also filed a complaint in November of 2009 when I began my Field Training with Corporal Kelley Reynolds. At that time I was told my Corporal Reynolds while at the Bailey Substation that Park County Sheriff's Office did not need to be hiring any more female Deputies. I then felt that I had to fight to convince him that female deputies had a purpose to the department and that it made me feel awkward having a trainer that did not have confidence that females could do the same job as he could do.

I feel that both these incidences are sexually harassing towards me as a female deputy, and were both degrading and demeaning to my abilities to do my job.

Respectfully submitted,

Deputy Abby Adam

COUNTY 000115

Exhibit 8 - Tighe Complaint

On May 10, 2011, at approximately 9:00 a.m., I was making the rounds of various 6th grade classrooms peeking in on the diverse group of guest speakers attending Career Day. At this time, I happened upon Mr. Walpole's Social Studies class where County Commissioner John Tighe, Park County Deputy Abby Adam, and Navy Corpsman Culpepper were speaking. As I observed, I was surprised when Commissioner Tighe asked Deputy Adam to come up in front of the class and do the "Barbie Cheer" …."because it looks better done in uniform." The "Barbie Cheer" consisted of placing one hand behind the head, the other hand on the hip, and gyrating the hips around while saying "Hubba-Hubba".

I spoke with Deputy Adam later at lunch duty, where she informed me that Commissioner Tighe had again asked her to perform in yet another class and that she confided to being humiliated. She told me she responded in the second class with, that if she had to do it again, she wanted a student to do it with her. I am assigned to this same class for the last hour of the day. During this time, Commissioner Tighe said he would not ask Deputy Adam to perform again, and he led the instruction of the "Barbie Cheer." I found these requests to be out of line, not pertaining to the Commissioners job, and demeaning toward Deputy Adam. If I had been asked to perform in such a manner, I would have refused.

Melissa Carrigan
05/11/2011