**Park County Sheriff's Office**

# Memo

**To:** Captain M. Hancock
**From:** Deputy Abby Adam
**CC:** MSgt. M. Brown, Corporal W. Tonjes
**Date:** May 10, 2011
**Re:** School Resource Officer position

---

As of May 10, 2011 I am requesting to be moved from the School Resource Officer position back to the road as a Patrol Deputy after the completion of the school year on May 20, 2011.

Respectfully submitted,

Deputy Abby Adam

*[signature]*

● Page 1

EXHIBIT: 4
Deponent: Tonjes
Date: 1/8/14  RPR: MH
Mile High Court Reporting

P-000422