

TO: Sergeant Welles Tonjes
FROM: Cindy Gharst
DATE: September 14, 2011
RE: Light Duty

Abby Martin began her medical leave on 07/01/2011. She returned to work on 08/01/2011 with a medical release specifying certain work restrictions and light duty requirements. The note indicated that a return appointment for re-evaluation was 3 months, post op; the expected re-evaluation is in early October.

The Park County Sheriff's Office assigned light duty work, such as scanning reports, which was performed at a desk to meet the restrictions. In early September, Abby apparently was experiencing discomfort and went back to the doctor regarding this surgery. An MRI was done. She was not allowed to return to work without a new note from her physician. She returned days later and her new medical release did not indicate any changes in her restrictions or light duty requirements.

There has been concern about accommodating light duty indefinitely and questions about how long the Sheriff's Office has to provide light duty. In this particular case, you have worked with Abby to provide the light duty per the original medical release with an expectation of re-evaluation 3 months after the surgery. If work restrictions and light duty requirements are requested after the upcoming re-evaluation, the Sheriff's Office does not have to provide it. Another concern brought to my attention is precedent of how light duty has been provided to other employees in the past. Of course, each situation is different and the needs of the business operations may or may not allow for the exact same light duty each time.

At this time, Abby has used a portion of her 12-week FMLA leave. If she is not released to full duty at her upcoming appointment and no light duty is provided to her, she will then continue to use the rest of her available FMLA leave. Hopefully, she is released to full duty before that period ends. In terms of pay, employees under FMLA must use sick, vacation or comp time during that period. Once those leave banks are exhausted, then the leave becomes unpaid. Donated sick time is allowed during FMLA.

As we are nearing the re-evaluation appointment, I would like meet with Abby to go over the status of her leave at this point.

Please let me know if you have any other questions or if you want more information about FMLA in general and light duty. I have discussed the question s about light duty with Lee Phillips and he can also provide more clarification about these employment procedures if requested.



EXHIBIT: 5
Deponent: Tonjes
Date: 1/4/13  RPR: MH
Mile High Court Reporting

**COUNTY 000972**