

# Park County Sheriff's Office
P.O. Box 604
Fairplay, CO 80440

To: Deputy Abby Martin

From: Sgt. Welles E. Tonjes   #9160

Date:  September 22, 2011

Reference: Light Duty Work

We have received your most recent doctor's note from September 22, 2011.  Please be advised that as of September 26, 2011 the Park County Sheriff's Office will no longer be able to provide you with light duty work.  Also, please keep either myself, MSgt Brown or Cindy Gharst, advised on your availability to return to work as a full duty service deputy with the required medical release from your physician.

Sincerely,

Sgt. Welles E. Tonjes
Patrol Supervisor
Park County Sheriff's Office

EXHIBIT: 6
Deponent: Tonjes
Date: 1/8/14   RPR: MH
Mile High Court Reporting

P-000445