Exhibit 14 - Attorney Letter

# KILLMER, LANE & NEWMAN, LLP

**ATTORNEYS AT LAW**

1543 CHAMPA ST. • SUITE 400 • THE ODD FELLOWS HALL • DENVER, CO 80202
303.571.1000 • FAX: 303.571.1001 • www.kln-law.com

Darold W. Killmer
David A. Lane*†
Mari Newman*
Sara J. Rich
Qusair Mohamedbhai‡
Lisa R. Sahli
Siddhartha H. Rathod
Lauren L. Fontana

October 13, 2011

**VIA FEDERAL EXPRESS**

Sheriff Fred Wegener
Captain Mark Hancock
Ms. Cindy Gharst
Park County Sheriff's Office
1180 Park County Road 16
Fairplay, CO 80440

Re:  *Sheriff's Deputy Abby Martin*

Dear Sheriff Wegener, Captain Hancock and Ms. Gharst:

Park County Sheriff's Deputy, Abby Martin, has retained KILLMER, LANE &
NEWMAN, LLP to represent her with regard to her employment with Park County
Sheriff's Office.  As you know, Deputy Martin is currently suffering the effects of a back
injury for which she underwent surgery on July 1, 2011, and will be undergoing a second
surgery on October 18, 2011.  On or about August 1, 2011, Park County returned Deputy
Martin to light duty.  Although Deputy Martin was capable of continuing light duty
employment, Park County denied her further light duty employment, and required her to
take a medical leave of absence when she notified Sgt. Welles Tonjes, on or about
September 22, 2011, that she would require a second surgery.

As you are aware, Deputy Martin's back injury substantially impairs a number of
major life activities including, *inter alia*, standing, reaching, lifting and bending.  This
injury further substantially limits the operation of Deputy Martin's musculoskeletal
functions.  However, with surgery and a brief leave of absence, Deputy Martin's
prognosis is nevertheless good, and she is expected to return to full-duty.  Deputy Martin
is thus a "qualified individual with a disability" under the Americans with Disabilities
Act ("ADA"), 42 U.S.C. § 12101, *et seq.*, as amended.



*Also admitted to practice in California
†Also admitted to practice in New York
‡Also admitted to practice in Wyoming

Exhibit 14 - Attorney Letter

Sheriff Fred Wegener
Captain Mark Hancock
Ms. Cindy Gharst
October 13, 2011
Page 2

Following her surgery on October 18, 2011, Deputy Martin will require six weeks off for recovery. We thus request that Deputy Martin be afforded a six week leave of absence commencing on October 18, 2011, and extending through her anticipated release to light duty work on or about November 29, 2011, as a reasonable accommodation for her disability.

I look forward to confirmation from you that Park County will provide the six week accommodation requested herein.

Sincerely,

Darold W. Killmer

cc:     Abby Martin

**COUNTY 000253**