**Fred Wegener**

| | |
|---|---|
| **From:** | Cindy Gharst |
| **Sent:** | Wednesday, November 09, 2011 11:30 AM |
| **To:** | Fred Wegener |
| **Cc:** | Monte Gore; 'Lee Phillips' |
| **Subject:** | FW: return to work form |
| **Attachments:** | amartin.pdf |

Hi Sheriff,

I am forwarding the email below from Abby Martin with her anticipated release to light duty. Her FMLA time runs through 11/22/11. The question is whether you want to give her the extra leave (about 6 days) and give her light duty in December.

Please let me or Lee know if you have any questions.

Cindy

---

**From:** Abby Adam [mailto:aadam08@gmail.com]
**Sent:** Tuesday, November 08, 2011 1:59 PM
**To:** Cindy Gharst
**Subject:** Fwd: return to work form

Hi Cindy,

I just wanted to keep you in the loop and forward you the copy of the work release form that I was given after my postop appointment this last Monday, October 31, 2011. I will be cleared to come back to a light duty status at the end of November, and the doctor was comfortable with releasing me to come back to full patrol in January after the bones have fully fused. If you have any questions please feel free to let me know.

Thanks so much!

Abby Martin

---------- Forwarded message ----------
From: **Anne O'Hara** <AO'Hara@spineclinic.com>
Date: Mon, Nov 7, 2011 at 2:37 PM
Subject: return to work form
To: "aadam08@gmail.com" <aadam08@gmail.com>


Hi Abby,

Here if your updated return to work form. Please let me know if you need anything else.

Thanks,
Anne



EXHIBIT: 17
Deponent: Gharst
Date: 1/7/14   RPR: MX
Mile High Court Reporting

11/16/2011