

# Park County Sheriff's Office
P.O. Box 604
Fairplay, CO 80440
Sheriff Fred Wegener

November 16, 2011

Abby Martin
PO Box 246
Jefferson, CO 80456

Re: Return to light duty

Deputy Abby Martin,

After reviewing the anticipated release to light duty from your Physician, the Park County Sheriff's Office is requesting that you report to work on at 8:00 am on November 29, 2011 for assignment of light duty.

If you have any questions, please contact Sarah Kimsey at (719) 836-4374

Sincerely,

*[signature]*

Sheriff Wegener

EXHIBIT: 19
Deponent: Marst
Date: 1/17/14   RPR: MH
Mile High Court Reporting

P-000447