

# Park County Sheriff's Office
P.O. Box 604
Fairplay, CO 80440
Sheriff Fred Wegener

December 6, 2011

Abby Martin
PO Box 246
Jefferson, CO 80456

Deputy Abby Martin:

Although I have already extended your leave beyond the FMLA limits for your anticipated return to work in November, this letter is to confirm approval for the additional period of medical leave as indicated in the most recent Physician's note. The anticipated length of work restriction is two to three weeks with a re-evaluation appointment during that time. Please be advised that I will not approve any additional donated sick time to cover this period, therefore this absence will be unpaid leave.

If you have any further questions, please contact Sarah Kimsey at 719-836-4374.

Sincerely,

*[signature]*
Sheriff Wegener

EXHIBIT: 22
Deponent: Gharst
Date: 1/17/14  RPR: MH
Mile High Court Reporting