IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, CO,

    Defendant.

## ORDER GRANTING DEFENDANT FRED WEGENER'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER is before the Court on Defendant Fred Wegener's Motion for Summary Judgment.  The Court, having reviewed the Motion and all responses and replies to the same, and having been otherwise fully advised, hereby FINDS, CONCLUDES and ORDERS as follows:

1.    Defendant's Motion for Summary Judgment is GRANTED.  The admissible evidence shows that there is no genuine issue of material fact and judgment in favor of Defendant is properly entered as a matter of law.

2.    Plaintiff's Complaint against Defendant is HEREBY DISMISSED WITH PREJUDICE, with costs awarded to Defendant pursuant to Fed. R. Civ. P. 54.

DATED this ____ day of _____, 2014.

BY THE COURT:

_____
Hon. Philip A. Brimmer