IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00884-PAB-KMT

ABBY MARTIN,

      Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY,
COLORADO,

      Defendant.

---

## UNOPPOSED MOTION TO EXCEED PAGE LIMITATION

---

    Plaintiff Abby Martin, through undersigned, hereby files this motion to exceed the 20-page limitation applicable to responses to motions for summary judgment.  In support, Ms. Martin states as follows:

### CERTIFICATE OF CONFERAL

    Pursuant to D.C.COLO.LCivR 7.1a, on April 8, 2014, undersigned conferred with Cathy Havener Greer, attorney for defendant, regarding this motion.  Defendant does not object to this motion.

### MOTION FOR ADDITIONAL PAGES

    Plaintiff moves for leave to file a response to defendant's motion for summary judgment that is 37 pages in length.

### ARGUMENT

    Plaintiff's factual section comes to 20 pages.  Unlike defendant (who may have certain incentives to omit troublesome facts), plaintiff must describe all of the material

facts that support her claim (and that support denial of summary judgment).  A 20 page

factual section is necessary due to the number of instances over the course of time that

support Ms. Martin's claim of retaliatory harassment.  Exceeding the page limitation is

also necessary to preserve matters for any potential appeal.  Therefore, good cause

exists to extend the page limitations from 20 pages to 37 pages.

Respectfully submitted this 14th day of April 2014.

F. J. "RICK" DINDINGER II, ESQ.

s/ F. J. "Rick" Dindinger II
DINDINGER LAW OFFICES, LLC
F. J. "Rick" Dindinger II
7951 East Maplewood Ave., Suite 285
Greenwood Village, Colorado  80111
(303) 996-0560
frederick@dindingerlaw.com

Ralph E. Lamar, Esq.
8515 Braun Loop
Arvada, Colorado  80005
ralphlamar@ymail.com

**Attorneys for plaintiff Abby Martin**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April 2014, I electronically filed the foregoing
**UNOPPOSED MOTION TO EXCEED PAGE LIMITATION** with the Clerk of the Court
using the CM/ECF system which will send notification of such filing to the following:

Cathy Havener Greer, Esq.
Wells Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, Colorado  80290
cgreer@warllc.com
**Attorney for defendant**

__s/ Rick Dindinger____