IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, COLORADO,

    Defendant.

## MOTION TO RESTRICT DOCUMENT

Pursuant to the Protective Order (Dkt. # 41), Plaintiff Abby Martin files this motion to restrict her Response to defendant's motion for summary judgment.

Plaintiff's Response refers to several facts that have been designated as CONFIDENTIAL information. In addition, plaintiff's Response attaches several documents that have been designated as CONFIDENTIAL or that contain portions that have been designated as CONFIDENTIAL.

### CERTIFICATE OF COMPLIANCE WITH D.C. COLORADO LOCAL RULE 7.1

Plaintiff's counsel made a request of Defendant on April 14, 2014 as to whether it would consent to the granting of said motion via e-mail. Plaintiff was unable to speak with Counsel for Defendant and is therefore unable to state whether there is consent or opposition to this motion.

Respectfully submitted this 14th day of April 2014.

*s/ Ralph E. Lamar*
Ralph E. Lamar, Esq.
8515 Braun Loop
Arvada, Colorado  80005
(303) 345-3600
ralphlamar@ymail.com

DINDINGER LAW OFFICES, LLC
F. J. "Rick" Dindinger II
7951 East Maplewood Ave., Suite 285
Greenwood Village, Colorado  80111
(303) 996-0560
frederick@dindingerlaw.com

**Attorneys for plaintiff Abby Martin**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April 2014, I electronically filed the foregoing **MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cathy Havener Greer, Esq.
Wells Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, Colorado  80290
cgreer@warllc.com
**Attorney for defendant**


                                        *s/ Ralph E. Lamar*
                                        **Ralph E. Lamar**