IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00884–PAB–KMT

ABBY MARTIN,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, CO.,

    Defendant.

## MINUTE ORDER
## ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Motion to Restrict Document" (Doc. No. 48, filed Apr. 14, 2014) is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 7.1(a) and 7.2(c). First, the court finds that a single email sent to opposing counsel the same day Plaintiff's Motion to Restrict was filed does not constitute "reasonable good faith efforts to confer." D.C.COLO.LCivR 7.1(a). Second, Plaintiff's Motion fails to address the five factors outlined in Local Rule 7.2(c). Instead, Plaintiff argues that restriction is appropriate simply because her Response to Defendant's Motion for Summary Judgment refers to and attaches documents that have been designated as "CONFIDENTIAL." However, Local Rule 7.2(c) specifically provides that "stipulations between the parties or stipulated protective orders with regard to discovery, alone, are insufficient to justify restriction." D.C.COLO.LCivR 7.2(c)(2).

Consistent with Local Rule 7.2(d), Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. No. 49) will be held under Level 1 restriction until April 28, 2014. If a renewed motion to restrict that fully complies with Local Rules 7.1(a) and 7.2(d) is not filed on or before that date, Plaintiff's Response will be unrestricted.

Dated: April 14, 2014