IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO

    Defendant.

**DEFENDANT FRED WEGENER'S <u>UNOPPOSED</u> MOTION TO EXCEED PAGE LIMIT IN REPLY BRIEF**

Defendant, Fred Wegener, in his official capacity as Sheriff of Park County, CO, by and through counsel, Cathy Havener Greer and Kristin Anderson George, of Wells, Anderson & Race, LLC hereby his Unopposed Motion to Exceed Page Limitation in Reply to Motion for Summary Judgment as follows:

**Certificate of Conferral**

Per D.C.COLO.LCivR 7.1, undersigned counsel has conferred with Plaintiff's counsel, who does not oppose this motion.

1.    On March 20, 2014, Defendant filed his Motion for Summary Judgment on this matter.  On April 14, 2014, Plaintiff filed an unopposed motion to exceed the twenty page limit in his response, which the Court Granted.  Plaintiff's response brief, filed the same day, was thirty-six pages long.

    2. Per the Honorable Phillip Brimmer's procedures, reply briefs must be limited to 10 pages. However, due to the complexities of the issues in Defendant's motion and Plaintiff's response, Defendant cannot address its reply in only ten pages.

    3. Defendant therefore requests that he be permitted to exceed the page limit by fourteen pages, and to file a twenty-four page reply brief.

    4. No party will be prejudiced by this requested extension to the page limitation.

    WHEREFORE, Defendant Wegener respectfully requests that the Court GRANT his motion and permit him to file a reply brief of twenty-four pages.

    Respectfully submitted this 30th day of April, 2014.

              Respectfully submitted,

              *S/ Kristin Anderson George*
              Cathy Havener Greer
              Kristin Anderson George
              Wells, Anderson & Race, LLC
              1700 Broadway, Suite 1020
              Denver, CO 80290
              T: 303-820-1212
              Email: cgreer@warllc.com; kageorge@warllc.com
              **ATTORNEYS FOR THE DEFENDANT**

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 30, 2013, a true and correct copy of the above and foregoing **DEFENDANT FRED WEGENER'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT IN REPLY BRIEF** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

 Ralph E. Lamar, Esq.
 Email: ralphlamar@ymail.com

 F. J. "Rick" Dindinger, II, Esq.
 Email: frederick@dindingerlaw.com

          *S/ Barbara McCall*
          Barbara McCall
          Email: bmccall@warllc.com