IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, CO,

    Defendant.

---

**ORDER GRANTING DEFENDANT FRED WEGENER'S MOTION TO EXCEED PAGE LIMIT IN REPLY BRIEF**

---

THIS MATTER is before the Court on Defendant Fred Wegener's Motion to Exceed Page Limit in Reply Brief.  The Court, having reviewed the Motion and otherwise being fully advised, hereby GRANTS the motion and Orders that Defendant may file a reply brief of twenty-four pages.

DATED this ____ day of ___ 2014.

BY THE COURT:

_____