Exhibit 22

# Transcript of the Testimony of:
# Sarah Kimsey

**Date:** February 18, 2014

Abby Martin v. Fred Wegener, in his official capacity as Sheriff of Park County, CO



Mile High Court Reporting and Video, Inc.
Phone: 303-202-0210
Fax: 303-205-0034
Email: contact@milehighreporting.com
milehighreporting.com

Exhibit 22

Deposition of: Sarah Kimsey - February 18, 2014
Abby Martin v. Fred Wegener, in his official capacity as Sheriff of Park County, CO

Page 26

1  Q. Did the sheriff -- do you have an
2  understanding as to whether the sheriff would make the
3  decision whether or not to remove a reserve deputy?
4  A. Ultimately, the decision is his.
5  Q. Do you have an understanding as to whether
6  Cindy Gharst had any involvement in any situations
7  where a reserve deputy was told that they were no
8  longer going to be a reserve deputy?
9      MS. GREER: Objection; form. Go ahead.
10  A. No.
11  Q. (By Mr. Dindinger) Did you assist the
12  sheriff's department with job postings?
13  A. Yes.
14  Q. And describe that process.
15  A. Well, we try to keep the -- the county has
16  a website where -- on the county website where we post
17  jobs. Any time there is an opening that we're aware
18  of, whether or not somebody has given notice already or
19  has informed us they will be giving notice, I call over
20  to Cindy and ask that it be posted. We also try,
21  because of the sheer amount of turnover, to always keep
22  deputy -- detention deputy and patrol positions posted,
23  it says, to form a pool. And we've been doing that now
24  for at least four years, trying to keep a certain
25  number of applications on file for people that we can

Page 27

1  call when there are openings.
2  Q. So on average how long does it take once
3  there is a vacancy for you to fill a vacant deputy
4  sheriff position?
5  A. It depends on if we already have
6  applications -- you know, interested applicants and
7  they've already done the testing or -- which is why we
8  started creating a pool. Prior to that we were posting
9  it for a month and then going through the whole testing
10  process, and by the time they finally hired somebody it
11  was three, four, five months down the road.
12  Q. But you said you've had this pool for the
13  last four years?
14  A. We try to have a pool.
15  Q. Are you -- sorry. You try to have this
16  pool?
17  A. Yes. Yes.
18  Q. And you've done that for the last four
19  years?
20  A. Yes.
21  Q. So in the last four years what is the
22  longest time that you can recall that's transpired
23  between when a job became vacant and when that job has
24  been filled with respect to a sheriff deputy position?
25  A. They were never fully staffed in all of

Page 28

1  2013. The jail has not been fully staffed in possibly
2  two to three years. There is always at least one open
3  position.
4  Q. So it sounds like to me it's an ongoing
5  process of trying to bring people into the sheriff's
6  department and so you're constantly posting these jobs
7  and trying to fill them?
8  A. And that is ongoing throughout all of Park
9  County, it's not just the sheriff's office. It's a
10  hard area to get applicants and new people to move to
11  for jobs.
12  Q. December of 2011, which was toward the end
13  of Abby Martin's time at the Sheriff's Department, did
14  you receive a request for a job posting in that time
15  frame, December of 2011?
16  A. I had something posted prior to that. We
17  had -- Kelley Reynolds had told everyone that he was
18  going to join the Army, and there were a few other
19  deputies that had discussed leaving.
20  Q. Do you recall when Kelley Reynolds said
21  that he was going to be leaving for the Army?
22  A. No, because he didn't say it to me.
23  Q. When did you first hear scuttlebutt that
24  Kelley Reynolds was going to be leaving for the Army?
25  A. I believe it was in the fall of 2011.

Page 29

1  Q. And so is -- that job posting would have
2  been sometime in the fall of 2011?
3  A. Yes. If it hadn't already been posted
4  throughout the summer. The sheriff's office tries to
5  pull first from the jail. If anyone is POST certified
6  and interested, they try to give them the opportunity
7  to test first. However, then that makes the jail then
8  short-staffed, which is why those two just tend to
9  always be posted.
10  Q. Do you have an understanding as to why
11  Abby Martin left the Sheriff's Department?
12  A. No.
13  Q. How did you learn that Abby Martin was
14  leaving the Sheriff's Department?
15  A. Letter of resignation.
16  Q. And when did you receive the letter of
17  resignation from Ms. Martin?
18  A. I believe it was the very beginning of
19  January of 2012.
20  Q. And --
21  A. Via email.
22  Q. So it was an email that Ms. Martin sent?
23  A. I believe so.
24  Q. And do you recall who she sent that email
25  to?

Exhibit 22

Deposition of: Sarah Kimsey - February 18, 2014
Abby Martin v. Fred Wegener, in his official capacity as Sheriff of Park County, CO

Page 62

1  work of your staff?
2       A.  I've asked them to take conversations that
3  I don't feel are appropriate, either related to cases
4  that I don't think my staff needs to hear about, I've
5  asked them to take it away from the front office on
6  numerous occasions.
7       Q.  And there's not a door between what you
8  call the front office and the squad room, is there?
9       A.  No.  Some of us with private offices, yes,
10 there's doors.  But as far as the front office with the
11 open area and the desks, no, there's no door.
12      MS. GREER:  I don't have any other
13 questions.
14      MR. DINDINGER:  Just a few follow-up.
15         EXAMINATION
16 BY MR. DINDINGER:
17      Q.  So you were just talking about asking
18 individuals to take their conversations somewhere else?
19      A.  Yes.
20      Q.  Did that happen during the time that
21 Abby Martin was doing light duty?
22      A.  Was Abby told to take a conversation
23 somewhere else?
24      Q.  Yes.
25      A.  No.  Not by me.  I can further clarify

Page 63

1  that if someone is talking about a case, a child
2  molestation case or something like that or some death
3  call they went off on, I don't want that discussed
4  anywhere where I can hear it or my staff can hear it.
5       Q.  Did you have any problems with any social
6  media that Abby Martin was using while she was on light
7  duty?
8       A.  No.  I saw her texting, but no more than
9  anyone else of that age that I see texting on a regular
10 basis.
11      MR. DINDINGER:  That's it.  Thank you.
12      THE DEPONENT:  Okay.
13      (The deposition concluded at 2:17 p.m.)

Page 64

1           AFFIDAVIT
2       I have read my deposition and it is true
3  and accurate, except for any changes or corrections now
4  indicated by me on the Amendment sheet.
5       Amendment sheet attached   ( )
6       No changes to testimony    ( )
7
         _____
8       SARAH KIMSEY
9       SUBSCRIBED AND SWORN to before me this
10 date, _____.
11
         My commission expires _____
12
13       _____
         NOTARY PUBLIC
14
15       _____
         STREET ADDRESS
16
         _____
17       CITY, STATE, ZIP
18
19
20 Return to:  MILE HIGH COURT REPORTING & VIDEO, INC.
            14143 Denver West Parkway
            Suite 100
21          Golden, Colorado 80401

Page 65

1          CERTIFICATE
2       I, Aimee S. Reisinger, RPR, Notary Public of
3  the State of Colorado, certify that before the
4  deposition the witness was sworn by me to testify to
5  the truth, and that the foregoing is a true transcript
6  of the questions asked, testimony given, and
7  proceedings had.
8       I further certify that I am not related to
9  any party herein, nor their counsel, and have no
10 interest in the result of this litigation.
11
12       _____
         Aimee S. Reisinger, RPR, CSR
13       My Commission expires 9/16/2016
         Notary No. 19964015065

17 (Pages 62 to 65)

Case 1:13-cv-00884-PAB-KMT   Document 54-2   Filed 04/30/14   USDC Colorado   Page 4 of 4

Exhibit 22

Deposition of: Sarah Kimsey - February 18, 2014
Abby Martin v. Fred Wegener, in his official capacity as Sheriff of Park County, CO

64

1                           AFFIDAVIT

2           I have read my deposition and it is true

3   and accurate, except for any changes or corrections now

4   indicated by me on the Amendment sheet.

5               Amendment sheet attached    ( )

6               No changes to testimony     (X)

7   *Rose Avey*
    *Notary Public*
    *State of Colorado*
8   *Notary ID 19974008711*
    *My Commission Expires September 3, 2017*
                SARAH KIMSEY

9               SUBSCRIBED AND SWORN to before me this

10  date, March 6th, 2014.

11
                My commission expires  9-3-2017
12

13              _____Rose Avey_____
                NOTARY PUBLIC

14
                _____1180 Cty Rd 16_____
15              STREET ADDRESS

16              _____Fairplay, Co 80440_____
                CITY, STATE, ZIP

17

18

19
    Return to:  MILE HIGH COURT REPORTING & VIDEO, INC.
20              14143 Denver West Parkway
                Suite 100
21              Golden, Colorado 80401

22

23                                          ORIGINAL

24

25