Exhibit 23

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 13-cv-00884-PAB-KMT
 3   _____

 4   DEPOSITION OF ABBY N. MARTIN
     EXAMINATION DATE:  NOVEMBER 22, 2013
 5   _____

 6   ABBY MARTIN,

 7   Plaintiff,

 8   v.

 9   FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF
     PARK COUNTY, CO.,
10
     Defendant.
11   _____

12
             PURSUANT TO NOTICE, the deposition of
13   ABBY N. MARTIN was taken at 9:00 a.m. on November 22,
     2013, at 1700 Broadway, Suite 1020, Denver, Colorado,
14   before Nathan Stormo, Registered Professional Reporter
     and Notary Public in and for the State of Colorado, said
15   deposition being taken pursuant to the Federal Rules of
     Civil Procedure.
16

17

18                         Nathan Stormo
                  Registered Professional Reporter
19

20

21

22

23

24

25
```

Page 6

1   Q   We will probably take a break about an hour in
2   or something like that, but if you need to take a break
3   before that, please let me know.
4   A   Okay.
5   Q   Are you on any medications or under the
6   influence of any substances that would inhibit your
7   ability to understand questions today?
8   A   No, ma'am.
9   Q   Are you on any medication or under the
10  influence of any substances that would interfere with
11  your ability to tell the truth today?
12  A   No, ma'am.
13  Q   You said that you lived at your husband's
14  address until May of 2012?
15  A   Correct.
16  Q   What happened at that time that caused you to
17  move out?
18  A   I moved back down when -- correction.  It was
19  in June of 2012.  And at that point I had an opportunity
20  for employment down in Denver Public Schools, which I
21  had taken the job, and I wasn't able to drive back and
22  forth from Jefferson down to my place of employment at
23  the time.  And so at that time I had no other choice but
24  to move in with my parents.
25  Q   Are you and your husband legally separated?

Page 7

1   A   No.
2   Q   Have you ever been legally separated from your
3   husband?
4   A   No.
5   Q   Have you initiated any kind of proceedings to
6   dissolve your marriage?
7   A   No.
8   Q   At any time?
9   A   No.
10  Q   What is the distance between Jefferson and
11  where you live now?
12  A   Approximately 68 miles one way.  I know it's
13  about an hour and 15 minutes drive time.
14  Q   What is the date of birth of your baby?
15  A   May 10, 2013.
16  Q   Do you have any other children?
17  A   No, ma'am.
18  Q   Have you ever been married except to
19  Kolby Martin?
20  A   No.
21  Q   During the time that you were pregnant with
22  your baby, did you work full-time?
23  A   I was working approximately 30 to 35 hours a
24  week depending on what BlueLinx gave me.
25  Q   When did you begin working with BlueLinx?

Page 8

1   A   I started working in November of 2012 under
2   Adecco, and then July 1st they transitioned me into a
3   full-time BlueLinx employee.
4   Q   What is the relationship between Adecco -- is
5   that A-d-e-c-c-o?
6   A   Uh-huh.  That is the temp agency that found me
7   a place to work.
8   Q   So beginning in November of 2012, you were
9   working through a temporary agency, and they placed you
10  at BlueLinx; is that right?
11  A   Correct.
12  Q   What kind of work have you been doing at
13  BlueLinx since November of 2012?
14  A   Basically making bill of ladings, doing
15  invoicing, checking shipments, working with will-call
16  customers, completing sales orders; a lot of financial
17  responsibilities, customer service.
18  Q   Were you paid by Adecco or by BlueLinx during
19  the time that you were working through the temporary
20  agency?
21  A   I was paid through Adecco.
22  Q   How much did you make per hour?
23  A   If I remember right, I think it was $13.47.
24  Q   You said that you were working between 30 and
25  35 hours per week while you were pregnant.  Was that as

Page 9

1   a result of any doctor restrictions?
2   A   No.  It was just the hours that they had
3   available for me.
4   Q   Did you have any medical restrictions on you
5   while you were pregnant?
6   A   The only difficulty I had was working graveyard
7   shifts due to the exhaustion during the first trimester.
8   Q   Did you have any medical restrictions on you
9   while you were pregnant?
10  A   The doctor recommended and wrote a note to not
11  work graveyard shifts until I could get through the
12  first trimester, yes.
13  Q   What was the period of the first trimester
14  then?  Would that have been about September to November
15  of 2012?
16  A   Approximately until November.
17  Q   Did you begin working through Adecco at
18  BlueLinx while you were still under the doctor's
19  restrictions?
20  A   Yes, ma'am.
21  Q   Is Adecco -- or is BlueLinx a 24 hour a day
22  operation?
23  A   No, ma'am.
24  Q   What is graveyard?
25  A   Overnight shifts.

Page 178

1  A  Yes.
2  Q  What are you mad at them for?
3  A  Because while I'm trying to get my family back
4  together, it seems like they're so involved with keeping
5  him involved in the law enforcement capacity because of
6  his dad that passed away, that I can't have my family
7  back together no matter how much I want it because of
8  the fact that they're going to make him continue to
9  pursue his job, whether or not he can find a job down
10 here or not.
11 Q  Was his dad involved in law enforcement?
12 A  Yes.
13 Q  In what capacity?
14 A  He was, I believe, a lieutenant by the time he
15 retired from Arapahoe County.
16     MS. GREER:  Let's take a break.
17     (A recess was taken from 2:47 to 2:57 p.m.)
18 Q  (By Ms. Greer)  Ms. Martin, there were a number
19 of reasons you didn't want to return to work in January
20 of 2012, weren't there?
21 A  Yes.
22 Q  You didn't like the pay for Park County, right?
23 A  Yes.
24 Q  You wanted to complete your physical recovery,
25 correct?

Page 179

1  A  Yes.
2  Q  You were having trouble sleeping?
3  A  Yes.
4  Q  Any other reasons that you did not want to
5  return to work for the Park County Sheriff in January of
6  2012?
7  A  Yes.  I didn't feel safe.
8  Q  Anything else?
9  A  Not that I can think of.
10     MS. GREER:  I don't have any other questions.
11     MR. LAMAR:  That was a short hour.
12     (The deposition concluded at 2:58 p.m.)

Page 180

1              A F F I D A V I T
2
   STATE OF COLORADO      )
3                         ) ss.
   COUNTY OF              )
4
5     I have read my deposition, and the same is true
6  and accurate, save and except for changes and/or
7  corrections, if any, as indicated by me on the amendment
8  sheet(s) attached hereto as indicated.
9
10 Amendment Sheet(s) attached [ ]
11 No changes; no amendment sheet attached [ ]
12
13     _____
       ABBY N. MARTIN
14
15 SUBSCRIBED AND SWORN TO before me on this
16 _____ day of _____, 2013.
17 My commission expires:
18
19     _____
       NOTARY PUBLIC
20
21 in and for the State of _____

Page 181

1              C E R T I F I C A T E
2
   STATE OF COLORADO      )
3                         ) ss.
   COUNTY OF DOUGLAS      )
4
5
      I, Nathan Stormo, Registered Professional
6  Reporter and Notary Public in and for the State of
   Colorado, duly appointed to take the deposition of
7  ABBY N. MARTIN, certify that prior to the examination
   the deponent was duly sworn to testify to the truth in
8  the matters in controversy between the parties herein;
   that the deposition was taken in shorthand by me at the
9  time and place aforesaid and was thereafter reduced to
   typewritten form by me and processed under my
10 supervision, the same consisting of 180 pages, and that
   the same is a full, true and complete transcription of
11 my shorthand notes.  I further certify that I am not
   related to, employed by, nor counsel to any of the
12 parties herein, nor otherwise interested in the events
   of the within cause.
13
14
      A transcript review of this deposition was
15 requested and is available to the deponent as notified
   by me.
16
17
      IN WITNESS WHEREOF, I have affixed my notarial
18 seal this 9th day of December, 2013.  My commission
   expires November 20, 2017.
19
20
21     _____
       Nathan Stormo
22     Registered Professional Reporter
23
24
25