# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00884-PAB-KMT

ABBY MARTIN,

Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO,

Defendant.

---

**PLAINTIFF'S MOTION FOR THE COURT TO GRANT ORAL ARGUMENTS ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, FOR LEAVE TO FILE A SURREPLY BRIEF**

---

COMES NOW THE PLAINTIFF, ABBY MARTIN, in the above captioned action and moves the Court for oral arguments on Defendant's Motion for Summary Judgment, or alternatively for leave to file a sur-reply brief for the reasons as set forth below.

**CERTIFICATE OF COMPLIANCE WITH D.C. COLORADO LOCAL RULE 7.1**

Plaintiff's counsel made a request of Defendant on May 5, 2014, as to whether it would consent to the granting of this motion. Defendant does not oppose the granting of the motion for oral argument but does oppose the granting of plaintiff's motion for leave to file a sur-reply brief.

**ARGUMENT AND CITATION OF AUTHORITY**

This case involves a claim of retaliatory harassment brought by former Deputy Sheriff Abby Martin for the three plus years of harassment she experienced after she complained about a statement made by a Field Training Officer that the Sheriff's Department had hired too many

1

female deputies and following her complaint of sexual harassment against a Park County Commissioner in May of 2011.

Defendant filed a motion for summary judgment on March 20, 2014. Because of the nature of the case, involving several years of harassing behavior, plaintiff moved the court for leave to file a brief in excess of the page limit, which motion was granted by the Magistrate.

Plaintiff's opposition brief was filed on April 14, 2014. Defendant's initial motion for summary judgment did not address plaintiff's claims of retaliatory harassment but instead argued as if it were a case involving discrete acts of retaliation only.

Defendant requested leave to file a brief in excess of the Court's rule on page limits and said motion was granted. Defendant filed its reply brief on April 30, 2014. In its reply brief Defendant cited to 16 cases which were neither cited in its initial brief, nor in Plaintiff's Response Brief. For the first time, Defendant submitted arguments in response to plaintiff's claim that she was subjected to a hostile work environment in retaliation for her complaints. It has made arguments which, both from a factual and legal standpoint, plaintiff needs to address.

Given the stakes, Plaintiff may not lie down during the summary judgment process and leave defense assertions unaddressed. She therefore, respectfully requests the court grant oral arguments so that the parties will have a full and fair opportunity to put everything on the record. Defendant does not oppose this part of Plaintiff's motion. The Court has the inherent power to grant oral arguments on a motion in order to give the parties a full and fair opportunity to be heard on a matter.

Alternatively, should the Court decline to grant oral argument plaintiff requests leave to file a sur-reply brief. Defendant does oppose this part of Plaintiff's motion.

This 5th day of May, 2014.

    _s/Ralph E. Lamar, IV_____
RALPH E. LAMAR, IV
Attorney I.D. No.  44123
8515 Braun Loop
Arvada, CO 80005
(303) 345-3600
ralphlamar@ymail.com

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I, Ralph E. Lamar, IV, Esquire hereby certify that on this the 5th day of May, 2014, I caused a true and correct copy of Plaintiff's Motion for Oral Arguments on Defendant's Motion for Summary Judgment or Alternatively, for Leave to File a Sur-reply Brief to be served today by electronic mail upon counsel for Defendant at the address listed below:

>Cathy Havener Greer, Esq.
>Kristin Anderson George, Esq..
>WELLS, ANDERSON & RACE, LLC
>1700 Broadway, Ste 1020
>Denver, CO  80203

>By:  *s/Ralph E. Lamar, IV*
>RALPH E. LAMAR, IV
>ATTORNEY FOR PLAINTIFF