IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No.  13-cv-00884-PAB-KMT                Date: May 27, 2014

Case Title:  Abby Martin v. Fred Wegener, in His Official Capacity as Sheriff of Park County, CO

___Defendant's_____ WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Mike Brown | 1.5 hours |
| Sgt. Welles Tonjes | 2 hours |
| Captain Mark Hancock | 2 hours |
| Kolby Martin | 1 hour |
| Cindy Gharst | 1.5 hour |
| Sarah Kimsey | .5 hours |
| Greg Flint | .5 hours |
| Rick Paige | .5 hours |
| Monte Gore | 1.5 hours |
| Sheriff Fred Wegener | 1.5 hour |
| Abby Martin | 3 hours |

Dated this 27th day of May 2014.

>Respectfully submitted,
>
>*S/ Cathy Havener Greer*
>Cathy Havener Greer
>Kristin Anderson George
>Wells, Anderson & Race, LLC
>1700 Broadway, Suite 1020
>Denver, CO 80290
>Telephone: (303) 830-1212
>E-mail: woconnell@warllc.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2014, a true and correct copy of the above and foregoing **DEFENDANTS' WITNESS LIST** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Ralph Lamar, Esq.
Email: Ralphlamar@ymail.com

>*s/ Barbara McCall*
>Barbara McCall
>Email: bmccall@warllc.com