IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:   13-cv-00884-PAB-KMT | Date:   June 2, 2014 |
| Courtroom Deputy:   Sabrina Grimm | FTR:   Courtroom C-201 |

*Parties:*  *Counsel:*

ABBY MARTIN,  Rick Dindinger
  Ralph Lamar

    Plaintiff,

v.

FRED WEGENER, in his official capacity as Sheriff of  Cathy Greer
Park County, CO.,

    Defendant.

## COURTROOM MINUTES

**TELEPHONIC FINAL PRETRIAL CONFERENCE**

**9:36 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Discussion and review of the witness and exhibit lists.

**ORDERED:  Defendant shall submit an amended witness list on or before close of business June 2, 2014, as discussed. The Final Pretrial Order will be entered at that time.**

Trial Preparation Conference is set for October 10, 2014 at 2:30 p.m. and a five day jury trial is set for October 27, 2014 at 8:00 a.m. before District Judge Philip A. Brimmer.

**9:47 a.m.     Court in recess.**

Hearing concluded.
Total in-court time    00:11

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.