Exh. A to PTO – Defendant's Revised Witness List

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No.  13-cv-00884-PAB-KMT					Date: June 2, 2014

Case Title:  Abby Martin v. Fred Wegener, in His Official Capacity as Sheriff of Park County, CO

### Defendant's Revised Witness List for PTO
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| **May Call:** | |
| Mike Brown | 1.5 hours |
| Sgt. Welles Tonjes | 2 hours |
| Captain Mark Hancock | 2 hours |
| Kolby Martin | 1 hour |
| Cindy Gharst | 1.5 hour |
| Sarah Kimsey | .5 hours |
| Greg Flint | .5 hours |
| Rick Paige | .5 hours |
| Monte Gore | 1.5 hours |
| **Will Call:** | |
| Sheriff Fred Wegener | 1.5 hour |
| Abby Martin | 3 hours |

Dated this 2nd day of June 2014.

                                        Respectfully submitted,

                                        *S/ Cathy Havener Greer*
                                        Cathy Havener Greer
                                        Kristin Anderson George
                                        Wells, Anderson & Race, LLC
                                        1700 Broadway, Suite 1020
                                        Denver, CO 80290
                                        Telephone: (303) 830-1212
                                        E-mail: woconnell@warllc.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 2, 2014, a true and correct copy of the above and foregoing **DEFENDANT'S REVISED WITNESS LIST** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

    Ralph Lamar, Esq.
    Email: Ralphlamar@ymail.com

    F.J. Rick Dindinger, II, Esq.
    Email: frederick@dindingerlaw.com

                                          *s/ Barbara McCall*
                                        Barbara McCall
                                        Email: bmccall@warllc.com