Exh. A to PTO – Defendant's Revised Witness List

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No.  13-cv-00884-PAB-KMT                Date: June 2, 2014

Case Title:  Abby Martin v. Fred Wegener, in His Official Capacity as Sheriff of Park County, CO

**Defendant's Revised Witness List for PTO**
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| **May Call:** | |
| Mike Brown | 1.5 hours |
| Sgt. Welles Tonjes | 2 hours |
| Captain Mark Hancock | 2 hours |
| Kolby Martin | 1 hour |
| Cindy Gharst | 1.5 hour |
| Sarah Kimsey | .5 hours |
| Greg Flint | .5 hours |
| Rick Paige | .5 hours |
| Monte Gore | 1.5 hours |
| **Will Call:** | |
| Sheriff Fred Wegener | 1.5 hour |
| Abby Martin | 3 hours |