IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00884-PAB-KMT

ABBY MARTIN,

Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO,

Defendant.

---

**PLAINTIFF'S MOTION FOR THE REVISION OF THE TRIAL DATES**

---

COMES NOW THE PLAINTIFF, ABBY MARTIN, in the above captioned action and moves the Court for a revision of the trial dates for the reasons as set forth below.

**CERTIFICATE OF COMPLIANCE WITH D.C. COLORADO LOCAL RULE 7.1**

Plaintiff's counsel made a request of Defendant on June 5, 2014, as to whether it would consent to the granting of this motion.   Defendant does not oppose the granting of the motion.

**ARGUMENT AND CITATION OF AUTHORITY**

By order dated June 3, 2014 the Court set the trial of this action to begin on October 27, 2014.  Docket #60.  The parties have estimated that the trial of this case will take 5 days.  See ¶ 13, #2, p. 13 of the Final Pre-Trial Order.  Docket #61.  Estimating the length of a trial is not an exact science and the trial could take more than five days.

Plaintiff's lead counsel, Ralph Lamar, is scheduled to attend the wedding of his only daughter in King-of-Prussia, PA on Sunday, November 2, 2014 at 4:45 p.m.   If the trial goes over

1

the estimated time Mr. Lamar will not be able to adequately prepare for the remainder of the trial if it were to finish on Tuesday (Monday would be a full travel day for him).  Asking Mr. Lamar to be prepared to conclude a trial the day after he spent traveling from the east coast and having no time to do any work during the weekend when he would be traveling to the east coast and spending time with his family would be unfair to plaintiff.

Furthermore, it would be prejudicial to plaintiff if the trial did not resume until Wednesday, November 6, 2014, at the earliest, so that Mr. Lamar had proper time to actually prepare for the conclusion of the trial, as it would involve a delay of nearly a week between the first and second sessions of the trial and the concomitant failure of the jurors' memory as to the nature of the evidence introduced during the proceedings.

Based upon the preceding Plaintiff therefore respectfully requests that the court revise the dates for the trial, specifically, to begin on a different Monday than October 27, 2014.

WHEREFORE, upon good cause shown, plaintiff requests the Court GRANT her motion for the revision of the scheduled trial dates.

This 9th day of June, 2014.

_s/Ralph E. Lamar, IV_____
RALPH E. LAMAR, IV
Attorney I.D. No.  44123
8515 Braun Loop
Arvada, CO 80005
(303) 345-3600
ralphlamar@ymail.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**


I, Ralph E. Lamar, IV, Esquire hereby certify that on this the 9th day of June, 2014, I

caused a true and correct copy of Plaintiff's Motion for Revision of the Trial Dates to be served

today by electronic mail upon counsel for Defendant at the address listed below:

> Cathy Havener Greer, Esq.
> Kristin Anderson George, Esq..
> WELLS, ANDERSON & RACE, LLC
> 1700 Broadway, Ste 1020
> Denver, CO  80203
>
> By:  __*s/Ralph E. Lamar, IV*_____
>         RALPH E. LAMAR, IV
>         ATTORNEY FOR PLAINTIFF

3