IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, in his official capacity as Sheriff of Park County, CO,

    Defendant.
_____

**ORDER**
_____

    The matter is before the Court on Plaintiff's Motion for the Revision of the Trial Dates [Docket No. 62], where plaintiff requests that the Court re-set the trial in this matter.  As grounds for the motion, plaintiff states that her lead counsel's daughter is being married out-of-state on November 2, 2014 and that he will be traveling on Monday, November 3, 2014 to return from the wedding.  Defendant does not oppose the motion.  Good cause appears to grant the motion.  The parties should note the following when resetting the trial.  First, one day of each week is reserved for docket matters.  As a result, a five-day trial will carry over into the following week.  Second, plaintiff states that "[e]stimating the length of a trial is not an exact science and the trial could take more than five days."  Docket No. 62 at 1.  While the Court agrees with the first part of that statement, it does not agree with the second.  The jury will receive the case to begin deliberations no later than day five of the trial.

Wherefore, Plaintiff's Motion for the Revision of the Trial Dates [Docket No. 62] is granted. The parties are directed to call chambers (303-335-2794) to re-set this matter for a **five-day** trial to jury.

DATED June 11, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge