Exhibit 2

**From:** Cathy Havener Greer
**Sent:** Monday, November 25, 2013 9:33 AM
**To:** 'Ralph Lamar'
**Cc:** Kristin Anderson George
**Subject:** Abby Martin

Ralph,

I have the deposition notices and subpoenas for Kolby Martin and Yoshi Goto.  May I send them to you so you can obtain waivers of service?  Thanks.

Cathy

Cathy Havener Greer
Attorney at Law
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
Direct Dial: 303-812-1254
Fax: 303-830-0898
Email:cgreer@warllc.com

This transmission may be:  (1) subject to the Attorney-Client Privilege; (2) an attorney work product, or (3) strictly confidential.  If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  Unauthorized interception of this e-mail is a violation of federal criminal law.  If you have received this communication in error, please immediately notify me by telephone at (303) 812-1254 and destroy this message.  Thank you.

Exhibit 2

**From:** Ralph Lamar [ralphlamar@ymail.com]
**Sent:** Monday, November 25, 2013 9:48 AM
**To:** Cathy Havener Greer
**Subject:** Re: Abby Martin

Yes, please send them to me and I'll get working on them.

On Monday, November 25, 2013 9:39 AM, Cathy Havener Greer <CGreer@warllc.com> wrote:
Ralph,
I have the deposition notices and subpoenas for Kolby Martin and Yoshi Goto.  May I send them to you so you can obtain waivers of service?  Thanks.

Cathy

Cathy Havener Greer
Attorney at Law
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
Direct Dial: 303-812-1254
Fax: 303-830-0898
Email:cgreer@warllc.com

 This transmission may be:  (1) subject to the Attorney-Client Privilege; (2) an attorney work product, or (3) strictly confidential.  If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  Unauthorized interception of this e-mail is a violation of federal criminal law.  If you have received this communication in error, please immediately notify me by telephone at (303) 812-1254 and destroy this message.  Thank you.

Exhibit 2

| | |
|---|---|
| **From:** | Cathy Havener Greer |
| **Sent:** | Monday, November 25, 2013 2:37 PM |
| **To:** | Ralph Lamar |
| **Cc:** | Barbara McCall |
| **Subject:** | RE: Abby Martin |
| **Attachments:** | Notice of Deposition - Kolby Martin (0852137@x7A5C1).rtf; Notice of Deposition - Yoshi Goto (0852144@x7A5C1).rtf; Waiver and Acceptance of Service - Kolby Martin (0852152@x7A5C1).pdf; Deposition Subpoena - Kolby Martin (0852135@x7A5C1).pdf; Deposition Subpoena - Yoshi Goto (0852143@x7A5C1).pdf; Waiver and Acceptance of Service - Yoshi Goto (0852596@x7A5C1).pdf |

Here they are, Ralph.  Thanks.

Cathy

**From:** Ralph Lamar [mailto:ralphlamar@ymail.com]
**Sent:** Monday, November 25, 2013 9:48 AM
**To:** Cathy Havener Greer
**Subject:** Re: Abby Martin

Yes, please send them to me and I'll get working on them.

On Monday, November 25, 2013 9:39 AM, Cathy Havener Greer <CGreer@warllc.com> wrote:
Ralph,
I have the deposition notices and subpoenas for Kolby Martin and Yoshi Goto.  May I send them to you so you can obtain waivers of service?  Thanks.

Cathy

Cathy Havener Greer
Attorney at Law
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
Direct Dial: 303-812-1254
Fax: 303-830-0898
Email:cgreer@warllc.com

This transmission may be:  (1) subject to the Attorney-Client Privilege; (2) an attorney work product, or (3) strictly confidential.  If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  Unauthorized interception of this e-mail is a violation of federal criminal law.  If you have received this communication in error, please immediately notify me by telephone at (303) 812-1254 and destroy this message.  Thank you.

Exhibit 2

**From:** Cathy Havener Greer
**Sent:** Monday, December 09, 2013 9:17 AM
**To:** 'Ralph Lamar'
**Subject:** RE: Martin v. Wegener

Ralph,
Do you have the waivers for the depositions on the 19th?  Thanks.

Cathy

**From:** Ralph Lamar [mailto:ralphlamar@ymail.com]
**Sent:** Monday, December 09, 2013 9:11 AM
**To:** Cathy Havener Greer
**Subject:** Martin v. Wegener

Cathy, Attached are plaintiff's responses to defendant's second discovery requests.  Thanks again for the extension.  Ralph.

Exhibit 2

**From:** Ralph Lamar [ralphlamar@ymail.com]
**Sent:** Monday, December 09, 2013 10:24 AM
**To:** Cathy Havener Greer
**Subject:** Re: Martin v. Wegener

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Cathy, I have made follow-up reminders to Kolby and Yoshi for those.  Ralph.

On Monday, December 9, 2013 9:17 AM, Cathy Havener Greer <CGreer@warllc.com> wrote:
Ralph,
Do you have the waivers for the depositions on the 19th?  Thanks.

Cathy

**From:** Ralph Lamar [mailto:ralphlamar@ymail.com]
**Sent:** Monday, December 09, 2013 9:11 AM
**To:** Cathy Havener Greer
**Subject:** Martin v. Wegener

Cathy, Attached are plaintiff's responses to defendant's second discovery requests.  Thanks again for the extension.  Ralph.

1

Exhibit 2

**From:** Henry Johnson
**Sent:** Friday, December 13, 2013 4:25 PM
**To:** 'Ralph Lamar'; Cathy Havener Greer
**Subject:** Abby Martin - Goto/Martin depositions

Dear Mr. Lamar, I was asked to see if you could confirm that the depositions of Mr. Martin and Mr. Goto will be going forward on the 19th as planned.  Would you please do so when you have a moment?  Also, I haven't seen the waivers of service come through to our office yet, would also confirm that they have been signed?  My apologies if they have already been sent as we have a few people out today and it may be that they have not yet been filed.  Thank you for your cooperation. - henry

----------------------------------------
**Henry Johnson, Paralegal**
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
**303.813.6538 (direct)**
303.830.1212 (office main)
303.830.0898 (fax)
hjohnson@warllc.com

1

Exhibit 2

**From:** Ralph Lamar [ralphlamar@ymail.com]
**Sent:** Friday, December 13, 2013 4:31 PM
**To:** Henry Johnson
**Subject:** Re: Abby Martin - Goto/Martin depositions
**Attachments:** Kolby Martin Waiver.pdf

Henry, Thank you for the reminder. Attached is Kolby Martin's signed waiver. Unfortunately, I have not been able to reach Yoshi Goto and do not have his signed waiver. Ralph Lamar.

On Friday, December 13, 2013 4:24 PM, Henry Johnson <hjohnson@warllc.com> wrote:
Dear Mr. Lamar, I was asked to see if you could confirm that the depositions of Mr. Martin and Mr. Goto will be going forward on the 19th as planned. Would you please do so when you have a moment? Also, I haven't seen the waivers of service come through to our office yet, would also confirm that they have been signed? My apologies if they have already been sent as we have a few people out today and it may be that they have not yet been filed. Thank you for your cooperation. - henry

----------------------------------------
**Henry Johnson, Paralegal**
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
**303.813.6538 (direct)**
303.830.1212 (office main)
303.830.0898 (fax)
hjohnson@warllc.com