Exhibit 3

**From:** Michael Sharrock [sharrockair@aol.com]
**Sent:** Tuesday, January 07, 2014 8:50 AM
**To:** Henry Johnson
**Subject:** Re: Martin and Tektronix service attempts

Henry,

No luck on Mr. Goto on Sunday evening. As it has snowed all day on Saturday, it was obvious that there had been no foot or vehicle traffic in or out of the driveway. Service was attempted at 7:25 p.m. That was attempt number three for him. Would you like further attempts?

Michael