**From:** Michael Sharrock [sharrockair@aol.com]
**Sent:** Tuesday, January 21, 2014 10:02 AM
**To:** Henry Johnson
**Subject:** Re: Yoshi Goto luck?

Henry,

No luck sir. My third attempt on the new subpoena was last night at 8pm and I was up Saturday afternoon and again Sunday morning. Nothing at all has moved since I was up there earlier this month. Even the trash can is still propped up against the stairs in front of the door and the Chevy Blazer is parked in the same spot and does not appear to have moved at all the entire time. (FYI, the vehicles plate # is 503XFA. I ran it through my system and it does come back to Mr. Goto at the same address.)

Michael
-----Original Message-----
From: Henry Johnson <hjohnson@warllc.com>
To: 'Michael Sharrock' <sharrockair@aol.com>
Sent: Tue, Jan 21, 2014 9:03 am
Subject: Yoshi Goto luck?

Hi Michael, just checking in to see about Mr. Goto.  Let me know when you get a second and thanks! - h

_____
**Henry Johnson, Paralegal**
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
**303.813.6538 (direct)**
303.830.1212 (office main)
303.830.0898 (fax)
hjohnson@warllc.com

Exhibit 4

**From:** Michael Sharrock [sharrockair@aol.com]
**Sent:** Monday, January 27, 2014 8:38 AM
**To:** Henry Johnson
**Subject:** Re: Yoshi Goto luck?

Henry,

No luck at all. This guy is NOT staying at his house. I have marked the garage door and both entrances to the house and no one has gone in or out since last week. Nothing has moved at all at the house. If he is in the area, he must be staying with someone else....?

Michael

Exhibit 4

**From:** Michael Sharrock [sharrockair@aol.com]
**Sent:** Monday, February 10, 2014 8:49 AM
**To:** Henry Johnson
**Subject:** Re: Yoshi Goto

Henry,

No luck....

I attempted Sunday morning. No answer at the door. It did answer a few (trivial) questions. The Blazer in the driveway does not appear to be his daily driver as it is covered with snow and has not been moved. Instead, whatever vehicle he drives, he parks in the garage as there are tire tracks going in and out. Also, he uses the bottom (basement) door as opposed to the one on the second floor where the stairs lead (hence the trash can sitting at the entrance to the bottom of the stairs is no longer a key piece of evidence that he had been gone the whole time).

I did get stuck in his driveway and had to dig myself out which took a while and a whole lot of noise (and swearing) and at no point did I see him looking out his windows to see what the ruckus was all about.

Let me know if you want me to make another trip.

Michael