Exhibit 5

**From:** Michael Sharrock [sharrockair@aol.com]
**Sent:** Monday, August 11, 2014 9:03 AM
**To:** Henry Johnson
**Subject:** Re: Witness Yoshi Goto - Bailey, CO

Henry,

I've made three attempts on Mr. Goto. No luck at all. Everything is much the same at his house as always with the addition of a blue Pontiac now parked in front of the house. The curtains are always tightly drawn making it difficult to determine if there is anyone home, but it really doesn't look like it. There is never an answer at the door. I spoke with the neighbor last night who was walking his dog and he states that he hasn't seen anyone at the Goto residence in weeks, though I'm pretty sure my neighbor would cover for me too if I needed him to.

Michael