IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO,

    Defendant.

**ORDER GRANTING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF YOSHI GOTO**

This matter comes before the Court upon Defendant's Motion in Limine to Exclude Testimony of Yoshi Goto.

The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion.

DATED this ____ day of _____, 2014.

BY THE COURT:

_____
United States District Judge