Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 13-cv-00884-PAB-KMT
 3    _____

 4   DEPOSITION OF ABBY N. MARTIN
     EXAMINATION DATE:  NOVEMBER 22, 2013
 5    _____

 6   ABBY MARTIN,

 7   Plaintiff,

 8   v.

 9   FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF
     PARK COUNTY, CO.,
10
     Defendant.
11    _____

12
             PURSUANT TO NOTICE, the deposition of
13   ABBY N. MARTIN was taken at 9:00 a.m. on November 22,
     2013, at 1700 Broadway, Suite 1020, Denver, Colorado,
14   before Nathan Stormo, Registered Professional Reporter
     and Notary Public in and for the State of Colorado, said
15   deposition being taken pursuant to the Federal Rules of
     Civil Procedure.
16

17

18                        Nathan Stormo
                  Registered Professional Reporter
19

20

21

22

23

24

25
```

Page 6
1    Q    We will probably take a break about an hour in
2  or something like that, but if you need to take a break
3  before that, please let me know.
4    A    Okay.
5    Q    Are you on any medications or under the
6  influence of any substances that would inhibit your
7  ability to understand questions today?
8    A    No, ma'am.
9    Q    Are you on any medication or under the
10 influence of any substances that would interfere with
11 your ability to tell the truth today?
12   A    No, ma'am.
13   Q    You said that you lived at your husband's
14 address until May of 2012?
15   A    Correct.
16   Q    What happened at that time that caused you to
17 move out?
18   A    I moved back down when -- correction.  It was
19 in June of 2012.  And at that point I had an opportunity
20 for employment down in Denver Public Schools, which I
21 had taken the job, and I wasn't able to drive back and
22 forth from Jefferson down to my place of employment at
23 the time.  And so at that time I had no other choice but
24 to move in with my parents.
25   Q    Are you and your husband legally separated?

Page 7
1    A    No.
2    Q    Have you ever been legally separated from your
3  husband?
4    A    No.
5    Q    Have you initiated any kind of proceedings to
6  dissolve your marriage?
7    A    No.
8    Q    At any time?
9    A    No.
10   Q    What is the distance between Jefferson and
11 where you live now?
12   A    Approximately 68 miles one way.  I know it's
13 about an hour and 15 minutes drive time.
14   Q    What is the date of birth of your baby?
15   A    May 10, 2013.
16   Q    Do you have any other children?
17   A    No, ma'am.
18   Q    Have you ever been married except to
19 Kolby Martin?
20   A    No.
21   Q    During the time that you were pregnant with
22 your baby, did you work full-time?
23   A    I was working approximately 30 to 35 hours a
24 week depending on what BlueLinx gave me.
25   Q    When did you begin working with BlueLinx?

Page 8
1    A    I started working in November of 2012 under
2  Adecco, and then July 1st they transitioned me into a
3  full-time BlueLinx employee.
4    Q    What is the relationship between Adecco -- is
5  that A-d-e-c-c-o?
6    A    Uh-huh.  That is the temp agency that found me
7  a place to work.
8    Q    So beginning in November of 2012, you were
9  working through a temporary agency, and they placed you
10 at BlueLinx; is that right?
11   A    Correct.
12   Q    What kind of work have you been doing at
13 BlueLinx since November of 2012?
14   A    Basically making bill of ladings, doing
15 invoicing, checking shipments, working with will-call
16 customers, completing sales orders; a lot of financial
17 responsibilities, customer service.
18   Q    Were you paid by Adecco or by BlueLinx during
19 the time that you were working through the temporary
20 agency?
21   A    I was paid through Adecco.
22   Q    How much did you make per hour?
23   A    If I remember right, I think it was $13.47.
24   Q    You said that you were working between 30 and
25 35 hours per week while you were pregnant.  Was that as

Page 9
1  a result of any doctor restrictions?
2    A    No.  It was just the hours that they had
3  available for me.
4    Q    Did you have any medical restrictions on you
5  while you were pregnant?
6    A    The only difficulty I had was working graveyard
7  shifts due to the exhaustion during the first trimester.
8    Q    Did you have any medical restrictions on you
9  while you were pregnant?
10   A    The doctor recommended and wrote a note to not
11 work graveyard shifts until I could get through the
12 first trimester, yes.
13   Q    What was the period of the first trimester
14 then?  Would that have been about September to November
15 of 2012?
16   A    Approximately until November.
17   Q    Did you begin working through Adecco at
18 BlueLinx while you were still under the doctor's
19 restrictions?
20   A    Yes, ma'am.
21   Q    Is Adecco -- or is BlueLinx a 24 hour a day
22 operation?
23   A    No, ma'am.
24   Q    What is graveyard?
25   A    Overnight shifts.

Page 110

1  investigated this because we have deemed that Brandon is
2  a liar.
3         And I said, Okay. Well, you can understand
4  where I'm concerned when I've been told that potentially
5  my job is on the line when I feel like, while we had a
6  disagreement, I didn't do anything wrong.
7     Q   Your belief is based upon what you say Yoshi
8  told you, right?
9     A   Yes.
10    Q   So if he didn't report it accurately, then your
11 assumptions are incorrect, right?
12    A   Yes.
13    Q   But this situation with Captain Hancock occurs
14 at the end of 2010, right?
15    A   Yes.
16    Q   And you had no further conversations with him
17 after that time, correct?
18    A   No.
19    Q   No, that's not correct?
20    A   No, I didn't have any more conversations.
21 Sorry.
22    Q   So did you have any ongoing issues with Captain
23 Hancock after the conversation that you recorded?
24    A   Yes.
25    Q   What were your personal issues with Captain

Page 111

1  Hancock after the conversation that you recorded?
2     A   I didn't want to talk to him any further after
3  he had basically told me that if I got an attorney, this
4  would be detrimental to my law enforcement career, which
5  I took as a very heavy threat. I felt that after I was
6  told that I was having back surgery and that I had given
7  notice, he had made sarcastic comments walking through
8  the office, It must be nice to get a long vacation, to
9  the point where I felt that he was not supportive at all
10 in just trying to make it a comfortable place to work.
11    Q   Who told you that Captain Hancock walked
12 through the office and said, Must be nice to get a long
13 vacation?
14    A   He said it while I was sitting there.
15    Q   So you had another conversation with him?
16    A   It wasn't directly. He said it in passing as I
17 was sitting at the desk and he was walking through the
18 squad room.
19    Q   So this was sometime after your back surgery?
20    A   It was right after I had given the notice that
21 I needed surgery.
22    Q   Who else was present when you claim that
23 Captain Hancock walked through and said, Must be nice to
24 have a long vacation?
25    A   I don't think anybody else heard it.

Page 112

1     Q   Who else was present?
2     A   Brenda Green was up front.
3     Q   Did you have any other issues with Captain
4  Hancock after the December 2010 conversation that you
5  tape-recorded?
6     A   Yes.
7     Q   What other issues did you have with
8  Captain Hancock?
9     A   I don't know if it's relevant, but I feel like
10 it's been an ongoing issue that even after I've left, it
11 was reported back to me that he was making comments in
12 the squad room that Kolby's baby wasn't Kolby's. I felt
13 that was very inappropriate to the point where I had
14 began searching online because I felt like it was a
15 question of my integrity. It was a question of who I
16 stood for and my values with my marriage that I felt
17 that -- while we've had distance between us, I felt that
18 it was highly inappropriate of a conversation, not
19 knowing anything about our marriage and what is going
20 on, to the point where if things weren't already on the
21 rocks with my marriage and the fact that I never see
22 him, why start putting down in my husband's mind that
23 his child is his.
24    Q   Who told you that Captain Hancock was making
25 comments that Kolby's baby was not Kolby's?

Page 113

1     A   Yoshi.
2     Q   When did Yoshi tell you this?
3     A   Probably within a month or two after Rylee was
4  born.
5     Q   So sometime this past summer?
6     A   Uh-huh.
7     Q   Has anyone else told you that?
8     A   No.
9     Q   Has your husband made any comments to you about
10 hearing comments about the paternity of your baby?
11    A   No.
12    Q   Do you know whether your husband has raised any
13 issues about the paternity of your baby?
14    A   Not to me. If you look at her picture and you
15 look at his, there is no question who the dad is.
16    Q   Are there any other issues that you have with
17 Captain Hancock?
18    A   Not that I know of at this time.
19        MS. GREER: Why don't we go ahead and take our
20 lunch break.
21        (A lunch recess was taken from 12:02 to
22        12:56 p.m.)
23    Q   (By Ms. Greer) Ms. Martin, how much did you
24 make when you were working for Denver Public Schools?
25    A   Approximately $15 an hour.