IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, COLORADO,

    Defendant.

---

## PLAINTIFF'S VERDICT FORM

---

Pursuant to the Order Setting Case for Trial (Dkt. #60), attached please find Plaintiff's Verdict Form.

Respectfully submitted this 10th day of October 2014.

    F. J. "RICK" DINDINGER II, ESQ.

    <u>s/ F. J. "Rick" Dindinger II</u>
    DINDINGER LAW OFFICES, LLC
    F. J. "Rick" Dindinger II
    7951 East Maplewood Ave., Suite 285
    Greenwood Village, Colorado  80111
    (303) 996-0560
    frederick@dindingerlaw.com

    Ralph E. Lamar IV, Esq.
    8515 Braun Loop
    Arvada, Colorado  80005
    (303) 345-3600
    ralphlamar@ymail.com

    **Attorneys for plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October 2014, I electronically filed the foregoing **PLAINTIFF'S VERDICT FORM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cathy Havener Greer, Esq.
Kristin Anderson George, Esq.
Wells Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, Colorado  80290
cgreer@warllc.com
**Attorneys for defendant**


　　　　　　　　　　　　　　　　　　　　__s/ Rick Dindinger____

2