# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00884-PAB-KMT

ABBY MARTIN,

Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO,

Defendant.

## PLAINTIFF'S PROPOSED JURY INTERROGATORIES

1. Did Ms. Martin engage in protected activity?

    _____ yes    _____ no

    If you answered "yes" please answer question 2.

    If you answered "no" then you are finished.

2. Did Defendant engage in a course of harassment against Ms. Martin that was materially adverse, such that it well might have dissuaded a reasonable worker from making or supporting a complaint of discrimination?

    _____ yes    _____ no

    If you answered "yes" please answer question 3.

    If you answered "no" then you are finished.

3. Was the course of harassment causally related to Ms. Martin's protected activity?

    _____ yes    _____ no

    If you answered "yes" please answer question 4.

1

If you answered "no" then you are finished.

4.  Ms. Martin is entitled to receive damages for emotional pain and distress she has experienced in the amount of $_____.

5.  Ms. Martin is entitled to receive damages for future emotional pain and distress in the amount of $_____.

6.  Was Ms. Martin constructively discharged by Defendant in retaliation for her engaging in protected activity?

_____ yes   _____ no

If you answered "yes" please answer question number 7.

If you answered "no" then you are finished.

7.  Ms. Martin is entitled to receive back pay damages in the amount of $_____.

Respectfully submitted,

By: *s/Ralph E. Lamar*
Ralph E. Lamar
Attorney I.D. No.  44123
8515 Braun Loop
Arvada, CO 80005
(303) 345-3600
ralphlamar@ymail.com

*s/Frederick J. Dindinger. II*
Frederick "Rick" Dindinger, II
Dindinger Law Offices, LLC
7951 East Maplewood Ave., Suite 285
Greenwood Village, Colorado  80111
(303) 996-0560
Frederick@dindingerlaw.com

Dated:_____        Attorneys for Plaintiff