IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO

    Defendant.

## DEFENDANT'S JURY INSTRUCTIONS AND VERDICT FORMS

Defendant Fred Wegener, by and through counsel, Wells, Anderson & Race, LLC hereby submits his proposed Jury Instructions and Verdict Forms. Plaintiff has not stipulated to any of these instructions or to the verdict forms.

    Dated this 10th day of October, 2014.

    Respectfully submitted,

*S/ Kristin Anderson George*
Cathy Havener Greer
Kristin Anderson George
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
T: 303-820-1212
Email: cgreer@warllc.com; kageorge@warllc.com
**ATTORNEYS FOR THE DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2014, a true and correct copy of the above and foregoing **DEFENDANT'S JURY INSTRUCTIONS AND VERDICT FORMS** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Ralph E. Lamar, Esq.
Email: ralphlamar@ymail.com

F. J. "Rick" Dindinger, II, Esq.
Email: frederick@dindingerlaw.com

*S/ Barbara McCall*
Barbara McCall
Email: bmccall@warllc.com
