IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO

    Defendant.

## SPECIAL VERDICT FORM A - RETALIATION

THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE FOLLOWING QUESTIONS

**1**

Has the Plaintiff, Abby Martin, proved by a preponderance of the evidence each of the following:

    a.    that she made a complaint of discriminatory treatment under Title VII of the Civil Rights Act?

        _____ YES    _____ NO

    b.    that she suffered an action by Sheriff Wegener that a reasonable employee would have found materially adverse?

        _____ YES    _____ NO

      c.      that Sheriff Wegener would not have taken the challenged employment action but for the protected activity?

      _____ YES        _____ NO

If you answered 'YES" to <u>all parts</u> of questions 1, then your verdict on Plaintiff's Title VII retaliation claim must be for Plaintiff. The Foreperson must sign and date this Special Verdict Form.

We the jury being duly empaneled and sworn upon our oath find for the Plaintiff Abby Martin and against the Defendant Fred Wegener, in his official capacity as Sheriff of Park County, Colorado, on his retaliation claim under Title VII of the Civil Rights Act.

_____      _____

DATE                    FOREPERSON

If you found for Plaintiff and against Defendant Fred Wegener, then you must go on to Special Verdict Form B.

If you answered "NO" to any part of question 1, then your verdict on Plaintiff's Title VII retaliation claim must be for Defendant Fred Wegener, in his official capacity as Sheriff of Park County, Colorado. The Foreperson must sign and date this Special Verdict Form. Do not answer any other Verdict Forms.

We the jury being duly empaneled and sworn upon our oath find for the Defendant Fred Wegener, in his official capacity as Sheriff of Park County, Colorado, and against the Plaintiff Abby Martin on her retaliation claim under Title VII of the Civil Rights Act.

_____      _____

DATE                    FOREPERSON