IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO

    Defendant.

## SPECIAL VERDICT FORM B - DAMAGES

We the jury being duly empaneled and sworn upon our oath find for the Plaintiff Abby Martin and against the Defendant Fred Wegener, in his official capacity as Sheriff of Park County, Colorado, on her claim of Retaliation under Title VII of the Civil Rights Act.

_____    _____
DATE                  FOREPERSON

We further find that Plaintiff should recover the following amount of damages:

a)    pain, suffering or mental anguish as a result of retaliation by Sheriff Wegener [state the amount or, if you find that Plaintiff's damages have no monetary value, set forth a nominal amount of $1.00]

        $ _____

We find that Plaintiff should recover the following amount of damages:

2

   b)  loss of earnings and/or benefits Plaintiff has had in the past as a result of retaliation by Sheriff Wegener [state the amount or, if none, write the word "none"]

    $ _____

_____   _____
DATE         FOREPERSON