IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, COLORADO,

    Defendant.

## DECLARATION OF ABBY MARTIN

1. My name is Abby Martin.

2. I am giving this declaration in connection with the above-captioned lawsuit. I am doing this on my own free will.

3. I am over the age of 18 and am competent to make this declaration.

4. I have personal knowledge of the facts set forth in this declaration.

5. I live in Lakewood, Colorado.

6. I was formerly employed by BlueLinx. BlueLinx' local office is located in Denver, CO. On September 25, 2014, I was notified that my employment with Blue Linx was terminated, effective October 1, 2014. I was notified by my supervisor Ron Lais, that the termination was due to a re-organization and had nothing to do with my job performance. I was provided with a severance package.

7.  This declaration is provided pursuant to the laws of perjury of the United States. I verify that the information in this declaration is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted this 15th day of October, 2014.

*[signature]*
Abby Martin

> s/Ralph E. Lamar, Esq.
> Ralph E. Lamar, Esq.
> Attorney I.D. No. 44123
> 8515 Braun Loop
> Arvada, CO 80005
> (303) 345-3600
> ralphlamar@ymail.com
>
> **Attorney for Plaintiff Abby Martin**

2