IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00884-PAB-KMT

ABBY MARTIN,

Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO,

Defendant.

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff respectfully submits the following proposed voir dire questions to the Court.  Consistent with long-established jurisprudence, the purpose of these questions is to ascertain information relevant to strikes for cause and for the usage of peremptory strikes.

**A.  Ability to serve as a juror**

This case may take a week to try.  Are there any medical issues that would prevent you from serving as a juror given that the case will take that long?

Do any of you smoke cigarettes or other tobacco products?  Are there any of you who smoke often enough that it would cause you problems if you were to have to sit in the courtroom for two or so hours between breaks?

**B.  Personal Knowledge of Parties or Counsel**

Does anyone know the Plaintiff Abby Martin, who also goes by Abby Adam, or any of the lawyers here, Ralph Lamar, Rick Dindinger, Cathy Greer, or Kristin George,

or the following possible witnesses:

    Kolby Martin

    Colleen Dalrymple

    Katherine Adam

    Welles Tonjes

    Michael Brown

    Cindy Gharst

    Mark Hancock

    Sarah Kimsey

    Monte Gore

    Brad Stubbs

    Randy Pock

    Douglas Adam

    Brenda Green

    Melissa Carrigan

    Greg Flint

    Rick Paige

    Fred Wegener

Has anyone worked for Park County or the Park County Sheriff's Department? Does anyone have any immediate family members (parent/spouse/sibling/child) who have been employees of Park County or the Park County Sheriff's Department?

Who here knows anyone who has worked for Park County or the Park County

Sheriff's Department?

**C.     Impressions of the Legal System**

Have you or a family member ever hired a lawyer?   If so, were you satisfied with the result?   Dissatisfied?

How many of you have had a claim that you would have liked to pursue, but didn't?

Who here thinks there are too many lawsuits?

How many like lawyers?   How many dislike lawyers?   How many have no opinion on lawyers?

Have you or a family member ever hired a lawyer?

How many of you do not believe that our system of justice usually works?

Who here has heard the term "Tort Reform"?   If so, do you believe our society should implement "Tort Reform"?

Raise your hand if you or a family member or close friend was a defendant in a lawsuit.

Raise your hand if you or a family member or close friend was a plaintiff in a lawsuit.

Who here has been picked to sit on a jury before?   Were you elected foreperson?

Are any of you skeptical of claims of emotional distress?

If the law permits it, would any of you be unable to allow money to someone who had suffered emotional distress?

    Are there any amongst you who feel that members of law enforcement are more naturally inclined to tell the truth in a legal setting than members of the general public are just because of their position?

    Are there any amongst you who would naturally believe a member of law enforcement just because of their position?

    Are there any amongst you who naturally would be disinclined to believe that a member of law enforcement would be honest or truthful on the witness stand?

**D.**   <u>**Impressions of Discrimination Claims and Civil Rights Laws**</u>

    If you or a family member own your own business, please raise your hand.

    Have you or a family member worked in human resources?

    If you or your spouse have had to terminate an employee before, please raise your hand.

    Have you or a family member ever been accused of discrimination at work?

    Does anyone believe that too many discrimination lawsuits are filed?

    Have you or a family member ever been accused of discrimination at work?

    Does anyone believe that too many discrimination lawsuits are filed?

    How many of you work and have a manager to whom you report?   Of you, how many believe your manager has ever been falsely accused of wrongdoing?

    How many of you believe that there are too many laws governing how employers manage their employees?   Too few laws?   Just enough?

    How many of you supervise employees?   Of you, how many have had complaints filed against you by a subordinate?

How many of you have an unfavorable view of unions?  Favorable view?  Neutral?

How many of you would be concerned about retaliation if you reported wrongdoing committed by your supervisor?  How many of you would be unconcerned?

How many of you have heard of the term "employment at-will?"  Do you believe that this means an employer can fire an employee for any reason it wants to, no matter what?

### E. <u>Willingness to Follow the Law</u>

The law requires you to make all decisions based on whether we are more likely right than wrong.  Even you if you have doubts on both sides, if you think we're more likely right than wrong - even by a little bit - the law says you must decide in our favor.  Does anyone think that's unfair, a little too easy, for my side?

Does anyone believe that plaintiffs should have to do more than show they are more likely right than wrong?

If you decide that Ms. Martin is more right than wrong, you will figure out your dollar verdict based only on the amount of harms and losses the defendant caused.  Would anyone have even a little trouble factoring out everything except the harms and losses caused by Defendant?

Are there any of you who think allowing money for harms and losses serves no real purpose since it doesn't make the pain go away?

Jurors have certain rights.  It's important to both sides in this case, and to the judge, that you use these rights when necessary.  So I need to ask you about them.

First you have the right to hear all the testimony.  So if you don't hear something a witness says, will you all be comfortable raising your hand and telling the judge, "Your Honor, I did not hear what the witness said.  Could you ask her to repeat it?"

Second you have the right to know that you and every other juror clearly and correctly understands the law and follows it.  You have the right to know that you are on a jury in which every juror is following the law you took an oath to follow.  No one - not me not Ms. Greer - not even the judge has the right to make you go home afterward having been part of a jury decision that was made by violating the law.  You have the right to keep it from happening.  So during deliberations, if anyone is refusing to follow the law the judge gives you, will you all be comfortable asking your foreperson to knock on the door and tell the Deputy Clerk you need the judge to come talk to a juror who won't follow the law?

And finally, can we count on you yourself to stay strictly within the law when you're making your decisions so we won't get into that situation?

By: _s/Ralph E. Lamar, IV_
RALPH E. LAMAR, IV, Esq.
Attorney I.D. No.   44123
8515 Braun Loop
Arvada, CO 80005
(303) 345-3600
ralphlamar@ymail.com
Attorney for Plaintiff

Dated: October 17, 2014

## **CERTIFICATE OF SERVICE**

I, Ralph E. Lamar, IV, Esquire hereby certify that on this the 17th day of October, 2014, I caused a true and correct copy of Plaintiff's to be served today by electronic filing upon counsel for Defendant at the address listed below:

>Cathy Havener Greer, Esq.
>Kristin Anderson George, Esq..
>WELLS, ANDERSON & RACE, LLC
>1700 Broadway, Ste 1020
>Denver, CO  80203

By:  *s/Ralph E. Lamar, IV*
     RALPH E. LAMAR, IV
     ATTORNEY FOR PLAINTIFF