IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO

    Defendant.

---

## DEFENDANT'S PROPOSED VOIR DIRE

---

Defendant, Fred Wegener, in his official capacity as Sheriff of Park County, CO, by and through counsel, Cathy Havener Greer and Kristin Anderson George, of Wells, Anderson & Race, LLC, hereby submit the following proposed voir dire questions.

1. Have you or any member of your family ever been involved in a lawsuit as a witness or a plaintiff or defendant?  If so, please describe the lawsuit and tell me how you felt about the experience.  How was the lawsuit resolved?  Were you satisfied with the resolution?

2. Have you or a member of your family ever made a complaint about someone you worked with?  Please tell me about the type of problems that caused you or your family member to make the complaint.  How was that resolved?  Were you able to continue to work with the person who you complained about?

3. Have you ever had responsibility to investigate or resolve workplace complaints between employees? Please describe your role and how you handled the issues.

4. Have you or a member of your family ever made a complaint or charge of discrimination or harassment in the workplace or to an agency such as the Colorado Civil Rights Commission or the Equal Employment Opportunity Commission? Please describe the type of complaint and what was done about it? How did you feel about the way that the complaint was handled? Did you feel that the complaint was investigated fairly and that the resolution was appropriate?

5. Do you believe that because a person makes a complaint or files a lawsuit that the complaint or lawsuit is valid or has merit? Please explain.

6. Have you ever had an experience with any law enforcement agency that made you distrust law enforcement? Please describe. Is there anything about that experience that would cause you to have opinions about Sheriff Wegener and the Park County Sheriff's Office?

7. Do you have any opinions about government, elected officials, or government employees that could influence you if you were chosen as a juror in this case? Please explain.

Dated this 17th day of October, 2014.

          Respectfully submitted,

          *S/ Cathy Havener Greer*
          _____
          Cathy Havener Greer
          Kristin Anderson George
          Wells, Anderson & Race, LLC
          1700 Broadway, Suite 1020
          Denver, CO 80290
          T: 303-820-1212
          Email: cgreer@warllc.com; kageorge@warllc.com
          **ATTORNEYS FOR THE DEFENDANT**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 17, 2014, a true and correct copy of the above and foregoing **DEFENDANT'S PROPOSED VOIR DIRE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Ralph E. Lamar, Esq.
Email: ralphlamar@ymail.com

F. J. "Rick" Dindinger, II, Esq.
Email: frederick@dindingerlaw.com

                              *S/ Barbara McCall*
                              Barbara McCall
                              Email: bmccall@warllc.com