CASE CAPTION: <u>ABBY MARTIN v. FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO</u>

CASE NO.: <u>13-CV-00884-PAB-KMT</u>

EXHIBIT LIST OF: <u>FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO - DEFENDANT</u>

| Exh. | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|------|---------|-------------------|-------------|---------|----------|---------|----------------|
| A | | PCSO Policy 308 - Light Duty (COUNTY 001606-1607) | | | | | |
| B | | PCSO Policy 314 - Conduct Rules and Regulations (Dep. Ex. 1, P-000376-385) | | | | | |
| C | | PCSO Policy 316 - Harassment and Discrimination (part of Dep. Ex. 23, COUNTY 001632-1637) | | | | | |
| D | | PCSO Policy 318 - Complaint Handling/Investigation (part of Dep. Ex. 23, COUNTY 001641-1644) | | | | | |

| Exh. | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|------|---------|-------------------|-------------|---------|----------|---------|----------------|
| E | | PCSO Policy 319 - Internal Investigative Rules (part of Dep. Ex. 23, COUNTY 001645-1648) | | | | | |
| F | | PCSO Policy 320 - Corrective and Disciplinary Action (part of Dep. Ex. 23, COUNTY 001650-1654) | | | | | |
| G | | Plaintiff's job application to PCSO (COUNTY 000070-98) | | | | | |
| H | | PCSO Memo dated 11/25/2009 from Sgt. Brown to Capt. Hancock - Martin complaint re Corp. Reynolds (COUNTY 000099-104) | | | | | |
| I | | Park County Investigation Report dated 6/6/2010 by Cindy Gharst - Martin complaint of sexual harassment by John Tighe (COUNTY 000105-113) | | | | | |
| J | | PCSO denial of Martin request for rifle training dated 9/10/2010 (P-000400-401) | | | | | |

| Exh. | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|------|---------|-------------------|-------------|---------|----------|---------|----------------|
| K | | PCSO Memorandum dated 10/31/2010 re qualification and issuance of shotgun to Martin (Dep. Ex. 9, COUNTY 000305) | | | | | |
| L | | Park County Communications Call Summary Report and CAD Event Logs dated 12/8/2010 and 12/10/2010 (COUNTY 000961-969) | | | | | |
| M | | PCSO Memo dated 12/12/2010 from Martin to Capt. Hancock - Request for meeting (Dep. Ex. 10, P-000417) | | | | | |
| N | | PCSO Deputy Codes 2010-2011 (COUNTY 002308-2310) | | | | | |
| O | | PCSO Memo dated 5/10/2011 from Martin to Undersheriff Gore - Sexual harassment complaint against John Tighe (Dep., Ex. 3, COUNTY 000114-116) | | | | | |
| P | | PCSO memo dated 5/10/2011 from | | | | | |

| Exh. | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
|  |  | Martin to Capt. Hancock - requesting removal from SRO position (Dep. Ex. 4, P-000422) |  |  |  |  |  |
| Q |  | Park County Memo dated 5/16/2011 from Cindy Gharst to File - call from Martin re Tighe complaint/retaliation (Dep. Ex. 12, COUNTY 000868-869) |  |  |  |  |  |
| R |  | Park County Communications CAD Event Logs dated 5/20/2011 (COUNTY 000970-971) |  |  |  |  |  |
| S |  | Park County Memo dated 6/8/2011 from Cindy Gharst to Martin - investigation/findings re complaint dated 5/10/2011 (Dep. Ex. 13, COUNTY 000118-119) |  |  |  |  |  |
| T |  | Park County Memo dated 6/8/2011 from Cindy Gharst to Tighe - investigation/findings re complaint dated 5/10/2011 (Dep. Ex. 14, COUNTY 000853-854) |  |  |  |  |  |

| Exh. | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|------|---------|-------------------|-------------|---------|----------|---------|----------------|
| U | | D.A.R.E. Popular Cheers (COUNTY 002344) | | | | | |
| V | | Park County Memo dated 9/14/2011 From Cindy Gharst to Sgt. Tonjes - Light Duty (Dep. Ex. 5, COUNTY 000972) | | | | | |
| W | | PCSO Memo dated 9/22/2011 from Sgt. Tonjes to Martin - Light Duty (Dep. Ex. 6, P-000445) | | | | | |
| X | | Rocky Mountain Spine Clinic Note dated 9/22/2011 (Dep. Ex. 7, COUNTY 000251) | | | | | |
| Y | | Rocky Mountain Spine Clinic Note dated 11/7/2011 (COUNTY 000120) | | | | | |
| Z | | E-mail chain dated 11/7/2011-11/9/2011 among Martin, Gharst, and Wegener re extending FMLA leave (Dep. Ex. 17, COUNTY 000246) | | | | | |
| | | Letter dated 11/16/2011 from Wegener | | | | | |

| Exh. | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|------|---------|-------------------|-------------|---------|----------|---------|----------------|
| A1 | | to Martin re return to light duty on 11/29/11 (Dep. Ex 19, P-000447) | | | | | |
| A2 | | E-mail dated 11/21/2011 from Gharst to Martin re reminder for doctor's note to sit for testing (P-000290) | | | | | |
| A3 | | E-mail chain dated 12/1/2011 between Martin/Gharst offering to drive Martin to work (P-000291-292) | | | | | |
| A4 | | Letter dated 12/5/2011 from Dr. Prusmack recommending Martin not work for 3 months post surgical (COUNTY 0002431) | | | | | |
| A5 | | Letter dated 12/6/2011 from Wegener to Martin approving additional FMLA extension (Dep. Ex. 22) | | | | | |
| A6 | | Letter dated 1/17/2012 from Wegener to Martin requesting return of PCSO equipment (Dep. Ex. 26, COUNTY 000164) | | | | | |

| Exh. | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|------|---------|------------------|-------------|---------|----------|---------|----------------|
| A7 | | PCSO Payroll Vouchers, December 2011 and January 2012 (COUNTY 002217-2218) | | | | | |
| A8 | | Abby Martin Park County Time Sheets, January 2011-November 2011 (COUNTY002110-2122) | | | | | |
| A9 | | Resignation letter dated 10/19/2010 from Martin to Denver Public Schools (COUNTY 002125) | | | | | |
| A10 | | Documents from Denver Public Schools (COUNTY002127-2129, 002142) | | | | | |
| A11 | | Park County Employee Handbook (COUNTY 000001-69) | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Page 8

| Exh. | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|------|---------|-------------------|-------------|---------|----------|---------|--------------------|
|      |         |                   |             |         |          |         |                    |
|      |         |                   |             |         |          |         |                    |
|      |         |                   |             |         |          |         |                    |
|      |         |                   |             |         |          |         |                    |
|      |         |                   |             |         |          |         |                    |
|      |         |                   |             |         |          |         |                    |
|      |         |                   |             |         |          |         |                    |

Dated this 17th day of October 2014.

Respectfully submitted,

*S/ Cathy Havener Greer*
Cathy Havener Greer
Kristin Anderson George
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
Telephone: (303) 830-1212
E-mail: woconnell@warllc.com
**ATTORNEYS FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on October 17, 2014, a true and correct copy of the above and foregoing **DEFENDANT'S FINAL EXHIBIT LIST** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Ralph Lamar, Esq.
Email: <u>Ralphlamar@ymail.com</u>

F.J. Rick Dindinger, II, Esq.
Email: <u>frederick@dindingerlaw.com</u>

<u>*s/ Barbara McCall*</u>
Barbara McCall
Email: <u>bmccall@warllc.com</u>
