IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No.  13-cv-00884-PAB-KMT                              Date: October 17, 2014

Case Title: Abby Martin v. Fred Wegener, in His Official Capacity as Sheriff of Park County, CO

**Defendant's Final Witness List**

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| **May Call:** | |
| Mike Brown | November 13, 2014 - 1.5 hours |
| Sgt. Welles Tonjes | November 13, 2014 - 2 hours |
| Captain Mark Hancock | November 13, 2014 - 2 hours |
| Cindy Gharst | November 17, 2014 - 1.5 hours |
| Sarah Kimsey | November 17, 2014 - 0.5 hours |
| Monte Gore | November 13, 2014 - 1.5 hours |
| **Will Call:** | |
| Sheriff Fred Wegener | November 17, 2014 - 1.5 hours |

Dated this 17th day of October 2014.

          Respectfully submitted,

          *S/ Cathy Havener Greer*
          Cathy Havener Greer
          Kristin Anderson George
          Wells, Anderson & Race, LLC
          1700 Broadway, Suite 1020
          Denver, CO 80290
          Telephone: (303) 830-1212
          E-mail: woconnell@warllc.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2014, a true and correct copy of the above and foregoing **DEFENDANT'S FINAL WITNESS LIST** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Ralph Lamar, Esq.
Email: Ralphlamar@ymail.com

F.J. Rick Dindinger, II, Esq.
Email: frederick@dindingerlaw.com

          *s/ Barbara McCall*
          Barbara McCall
          Email: bmccall@warllc.com