IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No.    13-CV-00884-PAB-KMT                                        Date:    11/10/2014

Case Title: Abby Martin v. Fred Wegener, in his official capacity as Sheriff of Park County, CO

_____Plaintiff_____ WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| **Will Call** | |
| Abby Martin | November 10, 2014 – 2.5 hours |
| Michael Brown | November 10, 2014 – 2 hours |
| Mark Hancock | November 10, 2014 – 2 hours |
| Cindy Gharst | November 12, 2014 - 1.5 hours |
| Monte Gore | November 12, 2014 - 1.5 hours |
| Welles Tonjes | November 12, 2014 - 2.0 hours |
| Colleen Dalrymple | November 13, 2014 - .5 hour |
| Kolby Martin | November 13, 2014 - .5 hour |
| Sarah Kimsey | November 13, 2014 - .5 hour |
| Fred Wegener | November 13, 2014 – 2.0 hours |

**May Call**

| | |
|---|---|
| Melissa Carrigain | November 12, 2014 - .5 hour |
| Brenda Green | November 13, 2014 - .5 hour |
| Yoshi Goto | November 13, 2014 - .5 hour |
| Katherine Adam | November 13, 2014 - .5 hour |
| Douglas Adam | November 13, 2014 - .5 hour |

**CERTIFICATE OF SERVICE**

I, Ralph E. Lamar, IV, Esquire hereby certify that on this the 17th day of October, 2014, I caused a true and correct copy of Plaintiff's Witness List to be served today by electronic mail upon counsel for Defendant at the address listed below:

    Cathy Havener Greer, Esq.
    Kristin Anderson George, Esq..
    WELLS, ANDERSON & RACE, LLC
    1700 Broadway, Ste 1020
    Denver, CO   80203


                        By:   *s/Ralph E. Lamar, IV*
                              RALPH E. LAMAR, IV
                              ATTORNEY FOR PLAINTIFF