CASE CAPTION: Abby Martin v. Fred Wegener, in his official capacity as Sheriff of Park County, CO

CASE NO.: 13-CV-00884-PAB-KMT

EXHIBIT LIST OF: Abby Martin - Plaintiff

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | | Letter of Complaint 11-25-2009 | | | | | |
| 2 | | Park County Harassment Policy | | | | | |
| 3 | | Park County Complaint Handling Procedures | | | | | |
| 4 | | Park County Investigative Rules | | | | | |
| 5 | | Park County Discipline Policy | | | | | |
| 6 | | Memo from Cpl. Flint to Sr. Sgt. Brown 10-31-2010 | | | | | |
| 7 | | Memo from Plaintiff to Cpt. Hancock 12-11-2010 | | | | | |
| 8 | | Memo from Sgt. Hardey to Plaintiff 12-11-2010 | | | | | |
| 9 | | Memo from Plaintiff to Sr. Sgt. Brown 12-11-2010 | | | | | |
| 10 | | Memo from Plaintiff to Cpt. Hancock 12-12-2010 | | | | | |
| 11 | | Memo from Plaintiff to Monte Gore 5-10-211 | | | | | |
| 12 | | Memo from Plaintiff to Cpt. Hancock 5-10-2011 | | | | | |
| 13 | | Investigation Report re “Barbie Cheer” | | | | | |
| 14 | | File Memo from Cindy Gharst 5-16-2011 | | | | | |
| | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 15 | | Memo from Gharst to Plaintiff 6-8-2011 | | | | | |
| 16 | | County Nondiscrimination Policy | | | | | |
| 17 | | Memo from Gharst to John Tighe 6-8-2011 | | | | | |
| 18 | | D.A.R.E. Cheers | | | | | |
| 19 | | Sexual Harassment Training Brochure | | | | | |
| 20 | | Certification of Sexual Harassment Training | | | | | |
| 21 | | Sign in Sheets for Sexual Harassment Training | | | | | |
| 22 | | E-mails from Plaintiff to Sr. Sgt. Brown 8-18-2011 | | | | | |
| 23 | | Dr. Prusmack's release 9-8-2011 | | | | | |
| 24 | | Dr. Prusmack's light duty note 9-22-2011 | | | | | |
| 25 | | Memo from Sgt. Tonjes to Plaintiff 9-22-2011 | | | | | |
| 26 | | Letter from Darold Kilmer to Sheriff 10-13-2011 | | | | | |
| 27 | | Memo from Plaintiff to Lt. Bonnelycke 11-2-2011 | | | | | |
| 28 | | E-mails from Plaintiff to Gharst 11-8-2011 | | | | | |
| 29 | | Dr. Prusmack's return to work note 11-7-2011 | | | | | |
| 30 | | Letter from Sheriff to Plaintiff 11-16-2011 | | | | | |

CASE CAPTION: Abby Martin v. Fred Wegener, in his official capacity as Sheriff of Park County, CO

CASE NO.: 13-CV-00884-PAB-KMT

EXHIBIT LIST OF: Abby Martin - Plaintiff

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 31 | | E-mails from Gharst to Plaintiff 12-1-2011 | | | | | |
| 32 | | Dr. Prusmack's note 12-1-2011 | | | | | |
| 33 | | Letter from Sheriff to Plaintiff 12-6-2011 | | | | | |
| 34 | | Park County Job Posting for Deputy Sheriff 12-7-2011 | | | | | |
| 35 | | Letter from Darold Kilmer to Herbert Phillips with EEOC charge 1-6-2012 | | | | | |
| 36 | | Letter from Sheriff to Plaintiff 1-17-2012 | | | | | |
| 37 | | Recording of Plaintiff's Meeting with Cpt. Hancock 12-10-2010 | | | | | |
| 38 | | Plaintiff's W-2s for 2012 | | | | | |
| 39 | | Plaintiff's W-2 for 2013 | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | | | | | | | |
| 45 | | | | | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 48 | | | | | | | |
| 49 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**CERTIFICATE OF SERVICE**

I, Ralph E. Lamar, IV, Esquire hereby certify that on this the 17th day of October, 2014, I caused a true and correct copy of Plaintiff's Exhibit List to be served today by electronic mail upon counsel for Defendant at the address listed below:

Cathy Havener Greer, Esq.
Kristin Anderson George, Esq..
WELLS, ANDERSON & RACE, LLC
1700 Broadway, Ste 1020
Denver, CO 80203

By: *s/Ralph E. Lamar, IV*
RALPH E. LAMAR, IV
ATTORNEY FOR PLAINTIFF