1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00884-PAB-KMT

---

DEPOSITION OF ABBY N. MARTIN
EXAMINATION DATE:   NOVEMBER 22, 2013

---

ABBY MARTIN,

Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO.,

Defendant.

---

　　　　　PURSUANT TO NOTICE, the deposition of ABBY N. MARTIN was taken at 9:00 a.m. on November 22, 2013, at 1700 Broadway, Suite 1020, Denver, Colorado, before Nathan Stormo, Registered Professional Reporter and Notary Public in and for the State of Colorado, said deposition being taken pursuant to the Federal Rules of Civil Procedure.

　　　　　　　　　　　Nathan Stormo
　　　　　　　Registered Professional Reporter

Page 7

1  A   No.
2  Q   Have you ever been legally separated from your
3  husband?
4  A   No.
5  Q   Have you initiated any kind of proceedings to
6  dissolve your marriage?
7  A   No.
8  Q   At any time?
9  A   No.
10 Q   What is the distance between Jefferson and
11 where you live now?
12 A   Approximately 68 miles one way. I know it's
13 about an hour and 15 minutes drive time.
14 Q   What is the date of birth of your baby?
15 A   May 10, 2013.
16 Q   Do you have any other children?
17 A   No, ma'am.
18 Q   Have you ever been married except to
19 Kolby Martin?
20 A   No.
21 Q   During the time that you were pregnant with
22 your baby, did you work full-time?
23 A   I was working approximately 30 to 35 hours a
24 week depending on what BlueLinx gave me.
25 Q   When did you begin working with BlueLinx?

Page 8

1  A   I started working in November of 2012 under
2  Adecco, and then July 1st they transitioned me into a
3  full-time BlueLinx employee.
4  Q   What is the relationship between Adecco -- is
5  that A-d-e-c-c-o?
6  A   Uh-huh. That is the temp agency that found me
7  a place to work.
8  Q   So beginning in November of 2012, you were
9  working through a temporary agency, and they placed you
10 at BlueLinx; is that right?
11 A   Correct.
12 Q   What kind of work have you been doing at
13 BlueLinx since November of 2012?
14 A   Basically making bill of ladings, doing
15 invoicing, checking shipments, working with will-call
16 customers, completing sales orders; a lot of financial
17 responsibilities, customer service.
18 Q   Were you paid by Adecco or by BlueLinx during
19 the time that you were working through the temporary
20 agency?
21 A   I was paid through Adecco.
22 Q   How much did you make per hour?
23 A   If I remember right, I think it was $13.47.
24 Q   You said that you were working between 30 and
25 35 hours per week while you were pregnant. Was that as

Page 9

1  a result of any doctor restrictions?
2  A   No. It was just the hours that they had
3  available for me.
4  Q   Did you have any medical restrictions on you
5  while you were pregnant?
6  A   The only difficulty I had was working graveyard
7  shifts due to the exhaustion during the first trimester.
8  Q   Did you have any medical restrictions on you
9  while you were pregnant?
10 A   The doctor recommended and wrote a note to not
11 work graveyard shifts until I could get through the
12 first trimester, yes.
13 Q   What was the period of the first trimester
14 then? Would that have been about September to November
15 of 2012?
16 A   Approximately until November.
17 Q   Did you begin working through Adecco at
18 BlueLinx while you were still under the doctor's
19 restrictions?
20 A   Yes, ma'am.
21 Q   Is Adecco -- or is BlueLinx a 24 hour a day
22 operation?
23 A   No, ma'am.
24 Q   What is graveyard?
25 A   Overnight shifts.

Page 10

1  Q   What was the time period?
2  A   Those hours that I was working at Denver were
3  from 10 p.m. until 7 a.m.
4  Q   When you say those hours you were working in
5  Denver, is that at BlueLinx?
6  A   At Denver Public Schools.
7  Q   Was there a graveyard shift at Adecco --
8  A   No.
9  Q   -- or at BlueLinx?
10     So from the time you began working at BlueLinx
11 through Adecco, you were able to work 30 to 35 hours per
12 week?
13 A   Correct.
14 Q   You didn't have any opportunity to work
15 graveyard because BlueLinx did not do graveyard, right?
16 A   Correct.
17 Q   So there was no medical restriction at all that
18 applied to your employment through Adecco to BlueLinx,
19 correct?
20 A   Correct.
21 Q   You became a full-time employee July 1st; is
22 that right?
23 A   Yes.
24 Q   Have your job responsibilities stayed
25 essentially the same?

**Page 11**

1    A    I've taken on more since I've taken on the
2    full-time position.
3    Q    What is your job title?
4    A    Branch operations support.
5    Q    How many employees do you work with?
6    A    Approximately 16 to 18.
7    Q    What is your business location?
8    A    3900 Uvalda Street.
9    Q    What is the name of the street?
10    A    Uvalda.
11    Q    What city is that in?
12    A    Denver.
13    Q    What are your work hours?
14    A    8:00 to 5:00.
15    Q    Monday to Friday?
16    A    Yes, ma'am.
17    Q    Did you continue to work in any capacity after
18    your child was born?
19    A    I was off six weeks, and then I went back to
20    work.
21    Q    During the time that you were off six weeks,
22    were you on any type of paid leave?
23    A    No.
24    Q    Were you on any type of family medical leave?
25    A    No.

**Page 12**

1    Q    At the time that you went off due to the birth
2    of your baby, did you receive any compensation?
3    A    No.
4    Q    When you were off at the time as a result of
5    the birth of your baby, did you know that you had a
6    full-time job when you returned?
7    A    No.
8    Q    When did you apply for the full-time position?
9    A    June of 2013.
10    Q    When did you find out that you had been hired?
11    A    June.
12    Q    Are you working with the same supervisor that
13    you worked with when you were temping through Adecco?
14    A    Yes, ma'am.
15    Q    Did you seek any temporary positions while
16    you -- after your baby was born but before you began
17    working with BlueLinx as an employee?
18    A    I had -- yes.
19    Q    What temporary positions did you seek for the
20    time period after your baby was born and before you
21    began working with BlueLinx?
22    A    I had looked into possibly doing some work from
23    home, doing some call-center stuff. But I ultimately
24    knew that the position was still mine for -- you know,
25    the availability if I wanted to take on the temp

**Page 13**

1    position and come back to BlueLinx if I wanted to.
2    Q    Would the call-center position have been with
3    BlueLinx?
4    A    No, ma'am.
5    Q    Did you pursue a call-center position?
6    A    No. I ultimately wanted to stay with BlueLinx.
7    Q    Do you have benefits in your position with
8    BlueLinx?
9    A    Yes, ma'am.
10    Q    What is your current compensation?
11    A    As in income?
12    Q    Yes.
13    A    I'm making $18 an hour.
14    Q    Are you an hourly employee?
15    A    I'm not exactly sure what it's structured, but
16    it's salaried, but I'm also open to the opportunities
17    for overtime.
18    Q    Did you ever receive overtime when you worked
19    through Adecco at BlueLinx?
20    A    No.
21    Q    Have you received overtime since you became a
22    full-time employee of BlueLinx?
23    A    Yes.
24    Q    How frequently do you work overtime?
25    A    Approximately once or twice a week.

**Page 14**

1    Q    Do you work overtime by staying extra time on
2    your regular days of work, or is it on the weekends?
3    A    I stay late.
4    Q    Do you -- do your parents care for your baby?
5    A    Yes and no.
6    Q    What do you mean?
7    A    Basically I take her to day care during the
8    days. My dad picks her up at night and takes care of
9    her until I get home.
10    Q    What is your husband's work hours?
11    A    He works Sunday through Wednesday, 4:00 to
12    2:00 a.m.
13    Q    When your husband lives at your parents' house
14    with you, does your husband take care of the baby?
15    A    Yes.
16    Q    You mentioned a job with Denver Public Schools.
17    During what period of time did you work for Denver
18    Public Schools?
19    A    July of 2013 until October of 2013.
20    Q    Did you leave that position to start with
21    Adecco and BlueLinx?
22    A    At the time when I left, I didn't have a
23    position with Adecco.
24    Q    What time interval was there between the time
25    when you left the Denver Public Schools position and

15

1  began working with Adecco?
2      A   It was only two weeks.
3      Q   Why did you leave Denver Public Schools?
4      A   Because it got too exhausting. I was working
5  graveyard shifts, getting off at 7 a.m. And they had me
6  on a really hard schedule where I was expected to be
7  back by noon the next -- that same day, where I was
8  getting less than five hours of sleep in between shifts.
9  And it had gotten to the point where I couldn't function
10 on lack of sleep, especially trying to take care of the
11 baby.
12     Q   You didn't have a baby, did you, at the --
13     A   Taking care of pregnancy.
14     Q   What was your position with Denver Public
15 Schools?
16     A   I was a dispatcher.
17     Q   Where did you work?
18     A   I can't remember exactly. It was over, I want
19 to say, off of Oneida Street. It was over by Northfield
20 Stapleton.
21     Q   What did you dispatch?
22     A   The security officers.
23     Q   What was your title?
24     A   I believe it was a safety and security
25 dispatcher.

16

1      Q   Did Denver honor your doctor's request that you
2  not work graveyards?
3      A   Not completely.
4      Q   Did you make any claim or complaint with anyone
5  in Denver Public Schools about the restriction that your
6  doctor had imposed and the fact that it was not being
7  honored?
8      A   I had spoke with human resources about it, yes.
9      Q   What became of your complaint?
10     A   That due to the lack of staffing, I had the
11 choice of either working the hours they had for me or
12 that I needed to resign.
13     Q   So you were there for that three months?
14     A   Correct.
15     Q   Did you resign?
16     A   Yes, ma'am.
17     Q   Did you consider yourself forced out of that
18 job?
19     A   No.
20     Q   What was your pay when you were working for
21 Denver Public Schools?
22     A   Approximately $15 an hour.
23     Q   Did you have any overtime in that position?
24     A   The opportunities were there, but, no, I don't
25 believe I got any.

17

1      Q   Why not?
2      A   Because they were pretty strict about making
3  sure that people were clocking off when they needed to
4  be, and people were coming in when they should be to
5  alleviate paying overtime.
6      Q   What was the job that you held immediately
7  before the Denver Public Schools position?
8      A   That was my first job back since leaving Park
9  County.
10     Q   Do you hold any licenses with the state of
11 Colorado for any professional licenses?
12     A   Yes.
13     Q   What?
14     A   Through the Colorado Department of Education,
15 I've been certified in -- I've completed the class work
16 to be an alternative teacher, to go through the teacher
17 and residence program.
18     Q   To go through the teacher what?
19     A   And residence program.
20     Q   So is that a license --
21     A   Yes. It's like an alternative teacher
22 licensure.
23     Q   Just make sure that you give me the opportunity
24 to finish my question. Okay?
25     A   Okay.

18

1      Q   So is that a license through the department of
2  education at the state of Colorado?
3      A   Yes.
4      Q   When did you first achieve this license?
5      A   I received it this summer.
6      Q   So summer 2013?
7      A   Uh-huh.
8      Q   Yes?
9      A   Yes.
10     Q   Did you have to take any classes to achieve
11 that license?
12     A   Yes.
13     Q   When did you complete your course of study?
14     A   I want to say the last one I completed was in
15 2007.
16     Q   Did you have to take a test to achieve your
17 license?
18     A   Yes, ma'am.
19     Q   When did you take the test?
20     A   2007 or 2008. I can't remember.
21     Q   What happened between 2007 or 2008 and the
22 summer of 2013 with respect to the licensure?
23     A   I applied for the paperwork, and I hadn't heard
24 anything back at that point. So at that time, if I
25 remember correctly, I started working with Coleman

**Page 19**

1  Natural Foods and doing some accounting work, at which
2  point I enjoyed working in the business setup. And I
3  felt like this was a solid career building move, that I
4  didn't feel like it was still necessary to pursue the
5  teaching aspect.
6      And after Coleman Natural Foods was sold, I had
7  gone in and decided that I was going to pursue my work
8  in law enforcement, at which point I had gone to school
9  at Red Rocks and completed the police academy. So it
10  had just kind of taken a turn on the back burner.
11  Q  Why did you decide to pursue licensure for the
12  alternative teaching program this summer?
13  A  I felt like this was a good opportunity,
14  especially working as a school resource officer
15  position. It brought back a lot of the interest that I
16  had working with kids, and my interest with science that
17  I felt like this was a good opportunity to at least take
18  advantage of the education that I had received earlier.
19  Q  Do you hold any other licenses through the
20  state of Colorado, professional licenses?
21  A  The only one that I can think of that would be
22  relevant is just my POST certification through law
23  enforcement.
24  Q  Do you still maintain your POST certification?
25  A  I believe I have three years from the time I

**Page 20**

1  resigned from Park County.
2  Q  Is it your intent to continue in law
3  enforcement at any time in the future?
4  A  Not yet.
5  Q  Do you have any applications pending for law
6  enforcement positions right now?
7  A  All of mine are done. No.
8  Q  Is there something that you're waiting for to
9  make a determination as to whether to continue in law
10  enforcement?
11  A  To be honest, I just don't feel like the trust
12  with the job is there anymore. I don't know if I want
13  to step into the realm to be subjected to that kind of
14  stuff again.
15  Q  Did you apply for law enforcement positions
16  after you left Park County?
17  A  Yes.
18  Q  With what agencies?
19  A  I know I have applied as a dispatcher with
20  Arapahoe County. I know I have attempted with Parker.
21  I've applied in the realm of police officer with
22  Lakewood.
23  Q  So you pursued positions that required POST
24  certification as well as positions that did not; is that
25  right?

**Page 21**

1  A  Yes.
2  Q  I read somewhere in your records that you had
3  some type of nursing background.
4  A  Yes.
5  Q  What is that?
6  A  I don't have any certifications in it, but I've
7  completed all of the prerequisites in order to apply for
8  the CU nursing program.
9  Q  So you would have to be admitted to the nursing
10  program, and then you would have to go forward and get a
11  license as a nurse in the state of Colorado, correct?
12  A  Correct.
13  Q  So you don't have any kind of LPN, RN, any sort
14  of licensure in the state of Colorado to practice
15  nursing, right?
16  A  No, ma'am.
17  Q  Have you ever held a license to practice
18  nursing?
19  A  No.
20  Q  Is it your intent to pursue that field?
21  A  No.
22  Q  Have you ever been fired from any job?
23  A  Yes.
24  Q  What?
25  A  In 2004 I was fired from Third Way Center.

**Page 22**

1  Q  From what?
2  A  Third Way Center.
3  Q  What is Third Way Center?
4  A  It is a residential treatment center for kids?
5  Q  What was the reason for your being fired?
6  A  I was called on my day off and just told I
7  wasn't fit for the team. No other reason was given.
8  Q  How long had you worked at Third Way Center?
9  A  Just short of a year.
10  Q  What kind of position did you hold?
11  A  Mental health counselor.
12  Q  What was your background for being a mental
13  health counselor?
14  A  I had completed my bachelor's degree in
15  psychology from CU Denver.
16  Q  Is that the only background?
17  A  I believe so.
18  Q  So you were told you weren't a good fit; is
19  that right?
20  A  That was my understanding.
21  Q  Did you receive any paperwork when you were
22  fired?
23  A  I don't recall.
24  Q  Did you file any sort of claim as a result of
25  being terminated from Third Way Center?

```
                                        23
1    A   I filed for unemployment.
2    Q   Did you receive unemployment?
3    A   I don't think so.
4    Q   Who was your supervisor at Third Way Center?
5    A   Andrea Berger.
6    Q   Where is Third Way Center located?
7    A   They've got several locations.
8    Q   Where is the one that you worked?
9    A   Off of Pontiac Street in Denver.
10   Q   Other than filing for unemployment, did you
11   make any kind of claim as a result of your termination
12   from Third Way Center?
13   A   No, ma'am.
14   Q   Have you been fired from any other jobs?
15   A   Not that I can remember.
16   Q   When did you graduate high school?
17   A   1999.
18   Q   Did you begin college immediately after
19   graduating high school?
20   A   Yes, ma'am.
21   Q   Where did you begin?
22   A   UNC Greeley.
23   Q   Were you employed after you graduated high
24   school?
25   A   I worked seasonally.

                                        24
1    Q   Where did you work?
2    A   The City of Lakewood.
3    Q   What kind of positions did you hold with the
4    City of Lakewood?
5    A   As a lifeguard.
6    Q   Did you continue to serve as a lifeguard after
7    you began your studies at UNC Greeley?
8    A   Yes.
9    Q   Did you hold any other positions while you were
10   studying at Greeley?
11   A   I would work temporarily at like Macy's during
12   the season, the Christmas season.
13   Q   Did you ever hold any other position at
14   Lakewood besides lifeguard?
15   A   Yes.
16   Q   What other positions did you hold?
17   A   I was a cashier.
18   Q   Where were you a cashier?
19   A   At the rec centers.
20   Q   Was that during college?
21   A   Yes, ma'am.
22   Q   You said that you got your BA from CU Denver.
23   At some point did you transfer from Greeley?
24   A   Yes.
25   Q   Did you go to school continuously between

                                        25
1    graduating high school in 1999 and the time you got your
2    BA?
3    A   Yes.
4    Q   When did you achieve your BA?
5    A   May of 2003.
6    Q   Was the Third Way Center job your first job
7    after you graduated college?
8    A   No.
9    Q   What was your first job after college?
10   A   I worked at Jefferson Hills.
11   Q   What is Jefferson Hills?
12   A   It's a residential treatment center.
13   Q   Where is that?
14   A   Lakewood.
15   Q   How long did you work at Jefferson Hills?
16   A   From July of 2003 until April of 2004.
17   Q   Was that a full-time job?
18   A   Yes, ma'am.
19   Q   What did you do at Jefferson Hills?
20   A   I was milieu counselor.
21   Q   Milieu counselor?
22   A   Uh-huh.
23   Q   When did you begin working at Third Way Center?
24   A   April of 2004.
25   Q   I may have misunderstood then. I thought you

                                        26
1    had said you worked at Third Way Center approximately a
2    year before you were terminated; is that right?
3    A   Yes.
4    Q   So if you began working at Third Way Center in
5    April of 2004, were you terminated in 2005?
6    A   Correct. Sorry.
7    Q   What caused you to leave Jefferson Hills?
8    A   I had got an offer from Third Way Center with
9    more money.
10   Q   What did you do after you left Third Way
11   Center?
12   A   Worked over at the City of Lakewood.
13   Q   What kind of work?
14   A   Lifeguard, assistant pool manager.
15   Q   During what period of time did you work as a
16   lifeguard/assistant pool manager for Lakewood?
17   A   Basically from the time that I left Third Way
18   Center until July of 2007, I was employed there in some
19   form of fashion throughout that time frame.
20   Q   What month did you leave Third Way Center?
21   A   I want to say it was February maybe. I don't
22   remember.
23   Q   You said you were fired in February of 2005,
24   approximately?
25   A   Approximately.
```

**Page 27**

1  Q  So for about two years, you worked at Lakewood
2  in various capacities; is that right?
3  A  Yes, ma'am.
4  Q  Why did you leave Lakewood?
5  A  I relocated to Houston, Texas for a short time.
6  Q  Why did you move to Houston?
7  A  For a boyfriend.
8  Q  How long did you live in Houston?
9  A  Two months.
10 Q  Were you employed in Houston?
11 A  No.
12 Q  During what period of time did you live in
13 Houston?
14 A  From July until September of 2007.
15 Q  Have you ever been disciplined or put on any
16 kind of suspension for any of the positions, other than
17 the termination by Third Way Center?
18 A  I was -- in just all of my employment history?
19 Q  Yes.
20 A  When I was 18 still working at the City of
21 Lakewood, I was written up once for calling my
22 supervisor stupid over an argument over my time frame
23 that I had put on my time card that was changed after I
24 submitted my time card. The hours were altered.
25 Q  So you called your supervisor stupid?

**Page 28**

1  A  Yes.
2  Q  What happened after that?
3  A  It was removed from my file approximately six
4  months later. It was a learning experience, being young
5  that you just -- you know, what you think and what you
6  say are two different things.
7  Q  Any other discipline?
8  A  I was written up for my disagreement with
9  another deputy at Park County, along with not following
10 orders to question a suspect without their attorney
11 present.
12 Q  Both of those at Park County?
13 A  Uh-huh.
14 Q  Any other discipline?
15 A  There were several other instances that were
16 listed on one of the write-ups within one of those two I
17 listed from Park County. But those were the only
18 disciplinary actions that I've ever received from
19 employment, that I can recall.
20 Q  Did you have any disciplinary action before you
21 were terminated from Third Way Center?
22 A  No.
23 Q  At some point did you apply for a position at
24 the City of Golden?
25 A  Yes, ma'am.

**Page 29**

1  Q  What became of that?
2  A  I had gotten a job offer.
3  Q  What became of the job offer?
4  A  I accepted and went through training from
5  January of 2009 until approximately May of 2009.
6  Q  What happened after you went through training?
7  A  I resigned.
8  Q  Why did you resign?
9  A  I wasn't catching on fast enough.
10 Q  Was that your conclusion, or was it something
11 you were told?
12 A  It was a mutual agreement between several
13 meetings.
14 Q  Who was your supervisor in Golden?
15 A  Steve Holmes.
16 Q  What was the position with Golden?
17 A  Police officer.
18 Q  What rank did Steve Holmes hold?
19 A  He was a sergeant.
20 Q  Were the meetings that you were talking about
21 all with Mr. Holmes, Sergeant Holmes?
22 A  That I can remember, yes.
23 Q  So after September 2007 when you returned from
24 Houston, what work did you engage in?
25 A  I worked at Coleman Natural Foods.

**Page 30**

1  Q  Was that your first job after you returned?
2  A  Yes.
3  Q  What kind of work did you do there?
4  A  Accounts receivable.
5     (Ms. George left the deposition.)
6  Q  (By Ms. Greer) You said that company was sold?
7  A  Uh-huh.
8  Q  Is that a yes?
9  A  Yes.
10 Q  Is that the reason that you left Coleman
11 Natural Foods?
12 A  Yes, ma'am.
13 Q  How long did you work there?
14 A  From September 2007 until approximately May
15 2008.
16 Q  Did you still have an opportunity to stay on
17 with the company that purchased Coleman Natural Foods?
18 A  No.
19 Q  Were you laid off?
20 A  Yes, ma'am.
21 Q  What was your next employment after Coleman
22 Natural Foods?
23 A  City of Golden.
24 Q  So you had no employment between May of 2008
25 and January of 2009; is that right?

```
                                                    79
 1      A   I was given an offer approximately a week or
 2   two within the time frame that I had started with Park
 3   County.
 4      Q   And you turned it down?
 5      A   Yes, ma'am.
 6      Q   Have you ever pursued getting rehired by
 7   Commerce City?
 8      A   Yes.
 9      Q   When did you do that?
10      A   The summer of 2011 I had put in my application.
11      Q   What became of that application?
12      A   I was denied employment.
13      Q   Did you interview?
14      A   Yes.
15      Q   Were you told why you were denied employment?
16      A   According to HR, I failed my psych.
17      Q   Who did your psych evaluation?
18      A   Nicoletti & Flater.
19      Q   Have you had any other failed psych exams?
20      A   No, not that I know.
21      Q   Have you undergone any other psychological
22   exams for law enforcement?
23      A   Yes.
24      Q   With whom?
25      A   I believe all of them, to the best of my
```

```
                                                    80
 1   knowledge, was with Nicoletti & Flater.
 2      Q   For what agencies?
 3      A   Littleton, Lakewood, Park County, Golden, and
 4   Commerce City.
 5      Q   What became of your application to Littleton?
 6      A   I was one of the five final candidates, and
 7   they selected two others.
 8      Q   What became of your application to Lakewood?
 9      A   I completed my psych, and then I got my thanks
10   but no thanks letter.
11      Q   Did you ever inquire as to whether a failed
12   psych exam was the reason you were denied employment at
13   Lakewood?
14      A   They basically send a letter. If I can recall
15   the letter well enough, they will not disclose why you
16   were removed from the process.
17      Q   When did you apply with Littleton?
18      A   The summer of 2009.
19      Q   When did you apply with Lakewood?
20      A   December of 2012.
21      Q   Did you say December or summer?
22      A   December.
23      Q   Okay. Have you reapplied with Golden?
24      A   No.
25      Q   And you said that Commerce City was -- you
```

```
                                                    81
 1   initially applied in the summer of -- or in 2009 and
 2   were offered a position?
 3      A   Uh-huh.
 4      Q   And then reapplied in the summer of 2011, and
 5   it was at that time that you were interviewed but failed
 6   your psych exam?
 7      A   Yes.
 8      Q   Are there any other law enforcement agencies
 9   with which you have submitted an application and
10   interviewed but been turned down?
11      A   Yes.
12      Q   Which?
13      A   Are you looking for just law enforcement as a
14   police officer or as a dispatcher as well?
15      Q   Both.
16      A   I have applied with the City of Parker -- or
17   the Town of Parker, City of Westminster, Arapahoe
18   County, Jefferson County, Arvada, Lakewood, Littleton,
19   Douglas County. I think that's all I can remember for
20   now.
21      Q   What position did you apply for with Parker?
22      A   Both police officer and dispatcher.
23      Q   Were you interviewed for both?
24      A   Yes.
25      Q   What became of your application?
```

```
                                                    82
 1      A   I was removed from the process.
 2      Q   Do you know why?
 3      A   No.
 4      Q   Were you told anything about why you were
 5   removed from the process?
 6      A   No. Just the generic thanks but no thanks
 7   letters.
 8      Q   What position did you apply for with
 9   Westminster?
10      A   Dispatcher and police officer.
11      Q   You were interviewed for both?
12      A   Yes.
13      Q   What became of your application?
14      A   I was removed from the process.
15      Q   Were you told why?
16      A   I think, to the best of my knowledge, it was
17   because I mistakenly checked yes on something I should
18   have checked no. And after we had talked about it
19   during the phone interview, the misunderstanding removed
20   me from the process, even though I corrected it after
21   the fact.
22      Q   What was it that you had checked yes instead of
23   no?
24      A   You know, I can't even remember. It was back
25   in 2008 that this had all taken place.
```

**Page 83**

1  Q  When was the Parker application?
2  A  I want to say 2010 or 2011 and, also, the
3  summer of 2012.
4  Q  Were you interviewed in the summer of 2012?
5  A  Yes. I was invited to test.
6  Q  Did you test?
7  A  Yes.
8  Q  Did you get to an interview after testing?
9  A  No.
10 Q  What about Arapahoe County, what positions?
11 A  Both dispatcher and patrol deputy.
12 Q  Were you interviewed for both?
13 A  Just dispatcher.
14 Q  Do you know why you were not interviewed for
15 the patrol deputy position?
16 A  The letter they gave me just basically said
17 that I was not one of the candidates selected.
18 Q  What became of your application for dispatch?
19 A  I tested and was removed from the process.
20 Q  Do you know why?
21 A  No.
22 Q  When did you apply in Arapahoe County?
23 A  The summer of 2012, and approximately 2010 and
24 2011.
25 Q  Were you dissatisfied with the pay in Park

**Page 84**

1  County?
2  A  Yes.
3  Q  Did that influence you seeking other positions?
4  A  Part of it, yes.
5  Q  Where were you living when you were employed as
6  a Park County Sheriff's deputy?
7  A  With Kolby Martin.
8  Q  The entire time?
9  A  Yes.
10 Q  Where had you lived immediately before you were
11 hired as a Park County Sheriff's deputy?
12 A  With my parents.
13 Q  Were you commuting to Park County then?
14 A  Yes.
15 Q  How long was that commute for you?
16 A  Approximately 30 to 40 minutes. I would go to
17 the Bailey substation and meet for my shifts as a
18 reserve.
19 Q  Did you apply for both patrol and dispatch
20 positions with Jeffco?
21 A  Yes.
22 Q  What became of those?
23 A  I was removed from the process.
24 Q  Were you interviewed for either?
25 A  Yes, both.

**Page 85**

1  Q  Do you know why you were removed from the
2  process?
3  A  With the position for dispatcher, I struggled
4  with the CritiCall test for memory recall, and I
5  struggled with recalling seven digits or more that were
6  regurgitated back to me. But for patrol, I was not
7  given anything.
8  Q  When did you apply with Jefferson County?
9  A  2010, 2011, 2012, so several times.
10 Q  So you continued to apply even though you never
11 knew on the patrol side why you were removed from the
12 process; is that right?
13 A  Yes.
14 Q  What about with Arvada, did you apply to be a
15 police officer?
16 A  Yes.
17 Q  What became of that?
18 A  I was removed from the process.
19 Q  Do you know why?
20 A  The first time I'm not sure. The second time I
21 was applying as a lateral, and they said that I didn't
22 have enough experience. But they also said I didn't
23 qualify as an entry level either.
24 Q  So when you were applying as a lateral, is that
25 while you were employed at Park County?

**Page 86**

1  A  Correct.
2  Q  What about Douglas County, what positions?
3  A  Dispatcher.
4  Q  Not a patrol position?
5  A  I don't believe they had any at that time.
6  Q  What became of your application for dispatcher?
7  A  I was removed from the processes.
8  Q  Do you know why?
9  A  No. And I also tested, went through these
10 tests with Aurora for dispatcher twice.
11 Q  When did you test for the Aurora positions?
12 A  I believe once in 2011 and once in 2012.
13 Q  When did you apply with Arvada?
14 A  2008, and then I think 2010 or 2011 again.
15 Q  What about Douglas County?
16 A  I believe that was during 2012.
17 Q  How would you describe your working
18 relationship with Sergeant Brown?
19 A  Up and down.
20 Q  In what way?
21 A  I felt like there were times when I could
22 really trust him, and then there were times when I felt
23 like I was scared to death of him.
24 Q  Why were you scared to death of him?
25 A  Because of his anger and the threats that he

135

1 A Yes.
2 Q Where was your physical therapy?
3 A Lakewood.
4 Q Where was your surgery?
5 A Sky Ridge Medical Center here in -- what is
6 it? -- Lone Tree, I think.
7 Q What medications were you on that prevented you
8 from being able to drive or operate equipment?
9 A It was either Vicodin or Percocet. I can't
10 remember which one it was.
11 Q During what period of time were you on that?
12 A From the end of surgery on July 1st through --
13 I know I was occasionally still taking it through
14 August. At that point it was on an as-needed basis,
15 which -- I mean, at that point I was trying to use it
16 mainly to get to sleep and if I was having a bad day
17 with pain.
18 Q After your doctor told you that you needed
19 another surgery September 21st, did you continue to
20 work?
21 A For one more day, yes.
22 Q So you worked until September 22nd?
23 A Yes.
24 Q What was the next surgery that you had to go
25 through on your back?

136

1 A I had to have a spinal fusion.
2 Q Was that also done at Sky Ridge?
3 A Yes.
4 Q Between September 22nd and the date that you
5 resigned, how many days did you work at the Park County
6 Sheriff's Office?
7 A None. If I remember right, that week was my
8 last week. I was told there was no more light duty for
9 me.
10 Q Did you work at all after your surgery?
11 A I think I came back for a week, maybe two.
12 Q What did you do during the week or two that you
13 came back?
14 A Scanned documents.
15 Q When did your doctor release you to return to
16 full-time employment?
17 A With no restrictions?
18 Q With no restrictions.
19 A I was released January 17th.
20 Q When were you released to return with
21 restrictions?
22 A Within approximately, I want to say, it was
23 within a couple days of the detective testing, so
24 November 29th I think I came back.
25 Q So is that the time period when you began doing

137

1 the scanning?
2 A Yes. I scanned again.
3 Q You didn't provide any kind of release from
4 your doctor before the detective testing, did you?
5 A No.
6 Q Who was your doctor?
7 A Dr. Chad Prusmack.
8 Q How do you spell the last name?
9 A P-r-u-s-m-a-c-k.
10 Q Did Dr. Prusmack know you were a sheriff's
11 deputy?
12 A Yes.
13 Q Did Dr. Prusmack give you any restrictions in
14 terms of what you could do as you were scanning
15 documents?
16 A He -- yes.
17 Q What did he say?
18 A He basically had just told me not to be lifting
19 anything I think over -- was it 15 or 30 pounds. I
20 can't remember what the piece of paper said. And then
21 not to be really doing a lot of twisting, but
22 necessarily just no overt movements as far as making
23 them, you know, very distinct until that disk could
24 heal. He said any kind of very sharp movements would
25 ultimately compensate that disk until it was finished

138

1 scarring over.
2 Q Were you restricted in terms of how long you
3 were supposed to sit or how long you were supposed to
4 stand?
5 A He just told me to get up and walk around maybe
6 once an hour or so, which I would follow through with.
7 Q During the time between September 22nd and the
8 date you resigned from the Park County Sheriff's Office,
9 you did not receive any disciplinary action, did you?
10 A No.
11 Q You were not suspended?
12 A No.
13 Q You were not demoted?
14 A No.
15 Q You were not written up?
16 A No.
17 Q You didn't make any complaints to the captain,
18 undersheriff, or the sheriff between September 22nd and
19 the date you resigned, did you?
20 A No.
21 Q You didn't make any complaints to Cindy Gharst,
22 did you?
23 A Yes.
24 Q What complaint did you make to Ms. Gharst?
25 A The stipulations that I was put under basically