**ABBY MARTIN**
10599 W. Warren Dr.
Lakewood, CO 80227
Phone: (303) 908-5707
E-Mail: Aadam08@gmail.com

| | | | |
|---|---|---|---|
| **Professional Skills:** | Customer Service<br>Purchase Order Reconciliation<br>Bilingual (English/Spanish)<br>Process Development<br>Personnel Training | Customer Billing<br>Invoice Reconciliation<br>Shipment Coordination<br>Order Processing<br>Event/Class Scheduling | Customer Discounts<br>Accounts Receivable<br>Problem Resolution<br>Customer & Internal<br>    Negotiations |
| **Applications:** | Microsoft Word<br>Internet Explorer | Microsoft Power Point<br>Microsoft Outlook | Microsoft Excel<br>AS400 |
| **Honors:** | University of Colorado Chancellor's Scholars and Leaders<br>Psi Chi National Honor Society<br>Dean's List<br>University of Northern Colorado Honor Society<br>University of Northern Colorado Honor Athlete<br>West Metro Fire Protection District -- CPR -- Saving Life of Unresponsive Heart Attack Victim | | |

**Professional Experience:**

BlueLinx – Denver, CO                                                                                                         7/1/13 – 10/1/14
**Branch Operations Support II**
Complete payroll
Invoice sales orders that need to be billed
Assist customers with orders to be filled
Schedule appointments for deliveries
Update inventory items as needed
Upload all proof of deliveries into the network daily

Adecco – Denver, CO                                                                                                         11/28/12 – 6/30/14
**Administrative Assistant at BlueLinx**
Complete sales orders to be invoiced
Assist customers with orders to be filled
Invoice sales orders that need to be billed
Schedule appointments for deliveries
Update inventory items as needed

Denver Public Schools – Denver, CO                                                                                 07/04/12 – 10/19/12
**Communications Dispatcher**
Communicate directly with Security Officers and Denver Police Department to respond to calls for service within the school district
Document actions taken on calls for service
Communicate with staff within the school district to ensure safe daily operations for students and staff
Complete reports for command staff documenting calls for service and statistics

Park County Sheriff's Office – Fairplay, CO                                                                       11/02/09 – 1/06/12
**Patrol Deputy**
Research financial crimes and work with victims regarding their financial statements
Investigate cases of fraud

Scan case files and documents that are confidential and time sensitive
Enforced criminal and traffic laws
Maintained safety within the public
Documented reports of interactions within the public
Provided leadership within the community while enforcing laws
Assisted investigations with utilizing my Spanish speaking skills when needed

<u>City of Golden</u>                                                01/05/09 – 05/17/09
**Police Officer**
Enforced municipal and criminal laws
Maintained safety within the public
Documented reports of interactions within the public
Provided leadership within the community while enforcing laws

<u>Coleman Natural Foods, LLC – Golden, CO</u>                          9/28/07 – 6/08
**Accounts Receivable Billing Specialist**
Prepared consolidated billings for all Coleman business units throughout the country
Participated in weekly conference calls with sales representatives and customer service to review pricing, policies, and procedures
Prepared spreadsheets and presentations to identify ownership of responsibilities for each corporate account
Reconciled payment deductions due to pricing and discounts
Communicated with customers, sales representatives, pricing departments, and accounting individuals through emails, telephone conversations, and business letters to retain satisfactory business relationships, accurate invoicing, and order processing
Documented the status of customer accounts regarding invoice payments, pricing issues, and customer needs

<u>City of Lakewood – Lakewood, CO</u>                                 5/01 – 7/26/07
**Event Coordinator, Pool Manager, Administrative Assistant, Instructor, Lifeguard, Cashier**
Supervise and train staff members, Payroll, Scheduling, Conduct staff meetings and audits, Help insure satisfaction and safety among the patrons, Class and personnel scheduling, Customer and Internal Negotiations, Supervise lifeguards with safety practices and guidelines, Develop accountability and teamwork within the work environment, Maintain the pool's chemicals and backwashes, Organize community events and pool parties, Teach public & private swim lessons, Provide leadership & enforce policies

<u>Alameda High School – Lakewood, CO</u>                              8/02 – 5/04
**Head Varsity Softball Coach**
Instructed adolescent girls in improving softball knowledge and skills
Organized fundraising events and administered the accounting aspects of the program
Established Junior Varsity softball program that was previously non-existent
Selected to coach Colorado All-State softball game
Promoted positive attitudes and teamwork both on and off the field
Encouraged importance of academics as well as athletics
Elevated self-esteem through combining sports achievements with life achievements

| **Education:** | <u>University of Colorado</u> | |
| --- | --- | --- |
| | B.A., Psychology | 5/03 |
| | <u>University of Colorado/Metropolitan State College</u> | |
| | Major: Biology – Nursing & Secondary Education Prerequisites | 1/04 – 5/07 |
| | <u>Red Rocks Community College</u> | |
| | Police Academy | 8/08 – 12/08 |
| | **Selected as Squad Leader by my peers | |

Exhibit 2

October 9, 2014

Re: Front Office Assistant

Dear Manger,

This letter is in response to your job opening for the position of a Front Office Assistant. I was informed of this position by the posting on Craigslist.

For almost two years I have been working for BlueLinx as an Administrative Assistant/Branch Support. During this time I have learned about the processes required for invoicing customers and completing their sales orders correctly, as well as completing bill of ladings, scheduling deliveries for products, and assisting with inventories for product counts. I am familiar with working with construction based materials, as BlueLinx is a wholesale company that provides to businesses such as Home Depot and Lowes. Due to the passing of one of my coworkers I was advised last week that my work hours will be changing from 7:30am to 4:30pm to 1:00pm to 10:00pm. As I am a single parent these hours do not work for me to be able to care for my daughter, and I would lose my daycare.

My experience also includes a Bachelors in Psychology. I have familiarity working with Microsoft Office as I have utilized the programs in my daily tasks as a Manager for the City of Lakewood. I have also completed the City of Lakewood's payroll for their employees that I supervised while managing.

I would be very honored to be considered for the position of Front Office Assistant. I look forward to discussing the position and my qualifications with you.

Sincerely,


Abby Martin
10599 W. Warren Drive
Lakewood, CO 80227
Phone: 303-908-5707
Email: Aadam08@gmail.com