Exhibit 6

October 13, 2014

State of Colorado
Attn: Rosalie Esparza
1525 Sherman Street
Denver, CO 80203

Re: Youth Corrections Math/Science Teacher

Dear Ms. Esparza,

This letter is in response to your job opening for the position of a Youth Corrections Science Teacher. I was informed of this position by the State of Colorado jobs website. I feel that I am very qualified for this position.

For almost two years I have been working for BlueLinx as an Administrative Assistant/Branch Support. During this time I have completed the daily invoicing, payroll biweekly, and researching and making the necessary adjustments to accurately reflect our inventory. Due to the passing of one of my coworkers I was advised that my work hours will be changing from 7:30am to 4:30pm to 1:00pm to 10:00pm. As I am a single parent these hours do not work for me to be able to care for my daughter, and I would lose my daycare.

Prior to work at BlueLinx, I worked as a Patrol Deputy for Park County Sheriff's Office. During this time I was given the privilege of working as a School Resource Officer at Platte Canyon High School. Prior to working in patrol I have worked with at-risk teens as a Mental Health Counselor for two years. I have also had the opportunity utilize my Spanish speaking skills by assisting the Detectives with their investigations.

My experience also includes a Bachelor's degree in Psychology. I have completed all of the required course work for teaching science at the secondary level, as well as completing the PRAXIS exam. While completing my course work in science, I worked as a tutor/mentor to a developmentally disabled female in reading and math. I thoroughly enjoyed the experience of watching her abilities grow over the time I worked with her.

I would be very honored to be considered for a position with the State of Colorado. I look forward to discussing the position and my qualifications with you.

Sincerely,

Abby Martin
10599 W. Warren Drive
Lakewood, CO 80227
Phone: 303-908-5707
Email: Aadam08@gmail.com

Exhibit 6

October 13, 2014

Jefferson County
Division of Children Youth & Families
Attn: Human Services Manager
100 Jefferson County Parkway, #4530
Golden, CO 80419

Re: Caseworker for On-Going Child Protection

Dear Manger,

This letter is in response to your job opening for the position of a Caseworker for On-Going Child Protection. I was informed of this position by the county website. I feel that I am very qualified for this position.

For almost two years I have been working for BlueLinx as an Administrative Assistant/Branch Support. During this time I have completed the daily invoicing, payroll biweekly, and researching and making the necessary adjustments to accurately reflect our inventory. Due to the passing of one of my coworkers I was advised that my work hours will be changing from 7:30am to 4:30pm to 1:00pm to 10:00pm. As I am a single parent these hours do not work for me to be able to care for my daughter, and I would lose my daycare.

Prior to working at BlueLinx I worked in the field of law enforcement for approximately three years. During that time I worked with youth and their families, as well as county resources related to investigations of child abuse, and domestic violence cases. I am very familiar with documenting, and working with individuals to document my reports for the best interest of everyone involved.

My experience also includes a Bachelors in Psychology, as well as over six years of utilizing my Spanish studies to be able to communicate with the Spanish speaking community. I have also worked with at-risk youth as a mental health counselor, and have participated in staffings and intake meetings for the children that we would be serving.

I would be very honored to be considered for the position of Caseworker for On-Going Child Protection with Jefferson County. I look forward to discussing the position and my qualifications with you.

Sincerely,

Abby Martin
10599 W. Warren Drive
Lakewood, CO 80227
Phone: 303-908-5707
Email: Aadam08@gmail.com