IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO

    Defendant.

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS

    Defendant, Fred Wegener, in his official capacity as Sheriff of Park County, CO, by and through counsel, Cathy Havener Greer and Kristin Anderson George, of Wells, Anderson & Race, LLC hereby submits his Objections to Plaintiff's Trial Exhibits, by number, as follows:

    1.    Plaintiff's Exhibit 7 – Defendant objects to Plaintiff's Exhibit 7 under Fed. R. Evid. 401-403 (relevance, prejudice and confusion; statute of limitations).

    2.    Plaintiff's Exhibit 8 – Defendant objects to Plaintiff's Exhibit 8 under Fed. R. Evid. 401-403 (relevance, prejudice and confusion; statute of limitations).

    3.    Plaintiff's Exhibit 9 – Defendant objects to Plaintiff's Exhibit 9 under Fed. R. Evid. 401-403 (relevance, prejudice and confusion; statute of limitations; cumulative as identical to Exhibit 7 but with addressee information reversed).

    4.    Plaintiff's Exhibit 10 – Defendant objects to Plaintiff's Exhibit 10 under Fed. R. Evid. 401-403 (relevance, prejudice and confusion; statute of limitations).

5. Plaintiff's Exhibit 26 - Defendant objects to Plaintiff's Exhibit 26 under Fed. R. Evid. 401-403 (relevance, prejudice and confusion) and Fed. R. Evid. 801-802 (hearsay).

6. Plaintiff's Exhibit 35 - Defendant objects to Plaintiff's Exhibit 35 under Fed. R. Evid. 401-403 (relevance, prejudice and confusion) and Fed. R. Evid. 801-802 (hearsay).

7. Plaintiff's Exhibit 37 – Plaintiff's Exhibit 37 consists of two parts: 1) an unauthenticated, incoherent audiotape of a recording of a conversation between Plaintiff and PCSO employee Mark Hancock that Plaintiff surreptitiously made while in Defendant's employ; and 2) an unauthenticated "summary" of the audiotape that was purportedly made by Plaintiff's mother. Defendant objects to Plaintiff's Exhibit 37 under Fed. R. Evid. 401-403 (relevance, prejudice and confusion), Fed. R. Evid. 801-802 (hearsay), Fed. R. Evid. 805 (hearsay within hearsay); Fed. R. Evid. 901 (lack of authentication); Fed. R. Evid. 1001, 1002, and 1004 (requirement of original writing or recording).

Dated this 23rd day of October, 2014.

Respectfully submitted,

*S/ Kristin Anderson George*
_____
Cathy Havener Greer
Kristin Anderson George
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
T: 303-830-1212
Email: cgreer@warllc.com; kageorge@warllc.com
**ATTORNEYS FOR THE DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2014, a true and correct copy of the above and foregoing **DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Ralph E. Lamar, Esq.
Email: ralphlamar@ymail.com

F. J. "Rick" Dindinger, II, Esq.
Email: frederick@dindingerlaw.com


*S/ Barbara McCall*
Barbara McCall
Email: bmccall@warllc.com

3