# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00884-PAB-KMT

ABBY MARTIN,

Plaintiff,

v.

FRED WEGENER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PARK COUNTY, CO,

Defendant.

---

### PLAINTIFF'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS

---

COMES NOW THE PLAINTIFF, ABBY MARTIN, by and through counsel, and hereby submits her Objections to Defendant's Trial Exhibits, as follows:

1.      Defendant's Exhibit A-9.  Plaintiff objects under Fed. R. Evid. 402 (relevance); Fed. R. Evid. 403 (prejudice and confusion) and Fed. R. Evid. 802 (hearsay)

This 25th day of October, 2014.

_s/Ralph E. Lamar, IV_____
RALPH E. LAMAR, IV
Attorney I.D. No.  44123
8515 Braun Loop
Arvada, CO 80005
(303) 345-3600
ralphlamar@ymail.com

Frederick J. Dindinger
Dindinger Law Offices, LLC
7951 E. Maplewood Ave., Suite 285
Greenwood Village, CO  80111
(303) 996-0560
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Ralph E. Lamar, IV, Esquire hereby certify that on this the 25th day of October, 2014, I

caused a true and correct copy of Plaintiff's Objections to Defendant's Trial Exhibits to be served

today by electronic mail upon counsel for Defendant at the address listed below:

> Cathy Havener Greer, Esq.
> Kristin Anderson George, Esq..
> WELLS, ANDERSON & RACE, LLC
> 1700 Broadway, Ste 1020
> Denver, CO  80203

> By: ___s/Ralph E. Lamar, IV_____
> RALPH E. LAMAR, IV
> ATTORNEY FOR PLAINTIFF