# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00884-PAB-KMT

ABBY MARTIN,

    Plaintiff

v.

FRED WEGENER, in His Official Capacity as Sheriff of Park County, CO,

    Defendant.

# FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 84] of United States District Judge Philip A. Brimmer entered on October 31, 2014, it is

**ORDERED** that Defendant Fred Wegener's Motion for Summary Judgment [Docket No. 45] is **GRANTED**.  It is further

**ORDERED** that plaintiff's claim against defendant Fred Wegener is dismissed with prejudice.  It is further

**ORDERED** that, within 14 days of the entry of judgment, defendant may have his costs by filing a bill of costs with the Clerk of the Court.  It is further

**ORDERED** that this case is **CLOSED**.

Dated at Denver, Colorado this 5th day of November, 2014.

                                   FOR THE COURT:
                                   JEFFREY P. COLWELL, CLERK

                     By: s/ A. Lowe
                                   A. Lowe
                                   Deputy Clerk